**DEBTOR:** Erik Cherdak                    **CASE NUMBER:** 16-25927-TJC

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**          ☐ **Check if this is an**
**INDIVIDUAL DEBTORS**                                   **amended report.**

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

**For Period from:** 09/01/2017 **to** 9/30/2017

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

**REQUIRED REPORTS / DOCUMENTS**

1 Cash Flow Statement (Page 2)

2 Cash Reconciliation(s) and Narrative (Page 3)

3 Cash Receipts Detail (Page 4)

4 Cash Disbursements Detail (Page 5)

5 Receipts and Disbursements Recap Case to Date (Page 6)

6 **Bank Statements for All Bank Accounts open during any day during the period**
(remember to redact all but the last four digits of bank account number)

| **QUESTIONNAIRE** | **Yes** | **No** |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | | ☒ |
| 1a. If no, explain.   DIP Account Established After MOR Period | | |
| 2. Are all insurance policies current and in effect? | ☒ | |
| 2a. If no, explain.** | | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ☒ | |
| 3a. If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | ☒ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ☒ |
| 5a. If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ☒ |
| 7. Do you have any bank accounts open other than the DIP account? | ☒ | |
| 7a. If yes, when will they be closed?   In process of winding down. | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.**

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 10/24/2017          **Signature (Debtor):** s/ Erik B. Cherdak
                                       **Print name:** Erik B. Cherdak

**DEBTOR:** Erik Cherdak

**CASE NUMBER:** 16-25927-TJC

**For Period from:** 09/01/2017 to 9/30/2017

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

**1. Beginning Cash Balance** $ 20,292.12 (1)

**2. Cash Receipts**

| | | |
|---|---|---|
| Wages | $ | 14,883.82 |
| Sole Proprietorship Revenues | N/A | |
| Draws from owned entities other than Sole Prop | | |
| Rental Income | | |
| Other    Reimbursements | | 902.98 |
| Other | | |
| Total Cash Receipts for the month | $ | 15,786.80 |

**3. Cash Disbursements**

| | |
|---|---|
| Primary residence: Rent or home mortgage payment  $ | |
| Utilities and Communication related Expenses | 337.63 |
| Home maintenance (repairs/upkeep/association dues) | 386.60 |
| Food / Groceries / Housekeeping supplies | 1,701.43 |
| Restaurants/Entertainment/Recreation | 510.44 |
| Clothing / Laundry / Personal Care | 652.37 |
| Charitable and Religious Contributions | |
| Insurance payments | 150.00 |
| Installment payments (including car payments) | 0 |
| Alimony, maintenance, support of others | 0 |
| Legal / Professional Fees / U.S. Trustee Fees | |
| Sole Proprietorship Expenses | 0 |
| Rental Property related: mortgages / expenses / repairs | 0 |
| Other    Medical | 291.55 |
| Other    Parking/tolls | |
| Other    Taxes | |
| Other    Transportation | 95.75 |
| Miscellaneous | 1,677.90 |
| Total Cash Disbursements for the month  $ | 5,803.67 |

**4. Net Cash Flow for Month**
(Total Cash Receipts less Total Cash Disbursements)      (B - C)      9,983.13

**5. Ending Cash Balance** This is (A+D) less Bank of America accounts no longer used. See Ex D. **(A + D)** $      30,275.25

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

**DEBTOR:** Erik Cherdak                                    **Case Number:** 16-25927-TJC

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending:  9/30/2017 | Acct #1 | Acct #2 | Acct #3 |
|---|---|---|---|
| Name of Bank: | See Ex A | | |
| Last four digits of account | | | |
| Purpose of Acct (Personal or Business) | | | |
| Type of account (Checking or Savings) | | | |
| Balance per Bank Statement at End of the Period | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 0 |

**Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open at any point in time during the period, whether it is a prepetition account or a DIP account.**

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Do you have any past due post petition bills?     **No** [ ]          **Yes** [ ]

If yes, how much do you owe? *(please attach support)*          $ [ ]

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition

Does anyone owe you any money?     **No** [ ]          **Yes** [ ]

If yes, how much is owed to you? *(please attach support)*          $ [ ]

In excess of several million dollars from Fitistics, LLC.

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition si past reporting period.

See Ex B

**DEBTOR:**  Erik Cherdak                               **CASE #:**  16-25927-TJC

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period:  09/01/2017 **to** 9/30/2017
(attach additional sheets as necessary)

Bank Name _____          Last four digits of account number _____

**A.**  *For each <u>counter deposit</u> made during the period, record the following information:*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | See Ex C |          |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             | 0      |

**B.**  *For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.*                _____

**C.**  *Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.*                0

**Total Cash Receipts**   $         0.
This total should agree with Page 2

**DEBTOR:**   Erik Cherdak

**CASE #:**   16-25927-TJC

## CASH DISBURSEMENTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 09/01/2017   to   9/30/2017
(attach additional sheets as necessary)

Bank Name _____          Last four digits of account number _____

**A.** For all *checks written*, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | See Ex D | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 0 |

**B.** For *direct debits* to your account which identify the who is being paid, just record the grand total of all of these withdrawals   _____

**C.** Deduct *transfers* between accounts made to this account included in Section A or B above.   0

Total Cash Disbursements   $   0

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:**     Erik Cherdak                                **Case #:**     16-25927-TJC

**Date Case was filed:**

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

**Year:** 2017

| | Receipts | Disb | Net | | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|---|---|---|---|
| Jan | | | 0 | | | | 0 |
| Feb | 31,614 | 24,936 | 6,678 | | | | 0 |
| Mar | 28,866.18 | 21,057 | 7,809 | | | | 0 |
| Apr | 30,967 | 37,590 | -6,623 | | | | 0 |
| May | 31,925.95 | 42,899 | -10,973 | | | | 0 |
| Jun | 51,651 | 46,655 | 4,996 | | | | 0 |
| Jul | 31,167 | 31,701 | -535 | | | | 0 |
| Aug | 24,714.40 | 19,657.37 | 5,057.03 | | | | 0 |
| Sep | 15,786.80 | 5,803.67 | 9,983.13 | | | | 0 |
| Oct | | | 0 | | | | 0 |
| Nov | | | 0 | | | | 0 |
| Dec | | | 0 | | | | 0 |
| TOTAL | 0 | 0 | 0 | | 0 | 0 | 0 |

**Year:**

| Exhibit A - Bank Balances | | |
|---|---|---|
| | Acct 1 | Acct 2 |
| Name of Bank | M&T | M&T |
| Last Four digits of Account | 2851 | 2455 |
| Holders | Erik Cherdak and Lauren Cottone | Erik Cherdak |
| Type of Account | Checking | Checking |
| Balance at end of period | 2,113.69 | 28,161.56 |
| Total: | 30,275.25 | |

**Exhibit B**

Unusual Items

- DIP account has no debit card, joint account used

.

| Exhibit C - Cash Receipts | | | | |
|---|---|---|---|---|
| Date | Amount | Method | Notes/ Payee | Account |
| 9/1/2017 | $1,307.01 | Deposit | Paycheck | M&T ▓▓ |
| 9/7/2017 | $6,576.81 | Deposit | Paycheck | M&T ▓▓ |
| 9/1/2017 | $477.98 | Deposit | reimbursement | M&T ▓▓ |
| 9/14/2017 | $7,000.00 | Deposit | Paycheck | M&T ▓▓ |
| 9/27/2017 | $425.00 | Credit | reimbursement | M&T ▓▓ |
| Total | $15,786.80 | | | |

| | | | Exhibit D - Cash Disbursements | |
|------|------|------|------|------|
| Date | Amount | Method | Classification | Notes/ Payee |
| 9/5/2017 | $40.95 | | Clothing | New Balance |
| 9/5/2017 | $44.51 | | Clothing | UA FH |
| 9/5/2017 | $113.92 | | Clothing | Nike |
| 9/5/2017 | $58.51 | | Clothing | Allen Edmonds |
| 9/5/2017 | $18.81 | | Clothing | Calvin Klein |
| 9/7/2017 | $58.02 | | Clothing | Nautica |
| 9/7/2017 | $208.00 | | Clothing | Finishline |
| 9/12/2017 | $72.58 | | Clothing | Under Armour |
| 9/21/2017 | $37.07 | | Clothing | A Eagle Outfitter |
| 9/21/2017 | $26.95 | | Communication | J2 Efax Services - fax monthly service |
| 9/1/2017 | $85.90 | | Groceries | Whole Foods |
| 9/8/2017 | $280.55 | | Groceries | Instacart |
| 9/13/2017 | $20.00 | | Groceries | Instacart |
| 9/15/2017 | $82.97 | | Groceries | Whole Foods |
| 9/15/2017 | $357.20 | | Groceries | Peapod Groceries |
| 9/29/2017 | $540.12 | | Groceries | Peapod Groceries |
| 9/5/2017 | $334.69 | online payment | Housekeeping Supplies | Capital One Online Pmt - household necessities |
| 9/5/2017 | $95.68 | | Home Maintenance | Staples |
| 9/11/2017 | $241.78 | | Home Maintenance | Lowes |
| 9/25/2017 | $49.14 | | Home Maintenance | Lowes |
| 9/1/2017 | $100.00 | Check #8323 | Insurance | |
| 9/11/2017 | $50.00 | Check #8322 | Insurance | |
| 9/1/2017 | $25.00 | | Medical | CVS Pharmacy |
| 9/5/2017 | $19.75 | | Medical | Rite Aid |
| 9/12/2017 | $40.80 | | Medical | CVS Pharmacy |
| 9/21/2017 | $206.00 | | Medical | Frederick S Fritz DDS |
| 9/1/2017 | $300.00 | | Miscellaneous | Cash Withdrawal |
| 9/5/2017 | $189.94 | | Miscellaneous | Amazon |
| 9/8/2017 | $200.00 | | Miscellaneous | American Express |
| 9/11/2017 | $200.00 | | Miscellaneous | American Express |
| 9/14/2017 | $30.00 | | Miscellaneous | QO Booster Club - school fees |

| Date | Amount | Method | Classification | Notes/ Payee |
|------|--------|--------|----------------|--------------|
| 9/15/2017 | $14.95 | | Miscellaneous | Service Charge - bank |
| 9/21/2017 | $200.00 | | Miscellaneous | American Express |
| 9/28/2017 | $9.99 | | Miscellaneous | Dropbox |
| 9/19/2017 | $400.00 | | Miscellaneous | Adjustment Services - bank error |
| 9/19/2017 | $133.02 | Check #9330 | Miscellaneous | Work related expenses |
| 9/1/2017 | $23.75 | | Restaurant / Entertainmen | & Pizza Germantown |
| 9/5/2017 | $60.45 | | Restaurant / Entertainmen | Moby Dick House of Kabob |
| 9/5/2017 | $187.58 | | Restaurant / Entertainmen | Firebirds of Gaithersburg |
| 9/11/2017 | $46.09 | | Restaurant / Entertainmen | Crisp and Juicy |
| 9/18/2017 | $0.99 | | Restaurant / Entertainmen | Apple itunes |
| 9/18/2017 | $52.96 | | Restaurant / Entertainmen | Moby Dick House of Kabob |
| 9/25/2017 | $31.00 | | Restaurant / Entertainmen | Founding Farmers |
| 9/25/2017 | $9.98 | | Restaurant / Entertainmen | Apple itunes |
| 9/25/2017 | $5.61 | | Restaurant / Entertainmen | Panera Bread |
| 9/25/2017 | $15.37 | | Restaurant / Entertainmen | Yoyogi Sushi |
| 9/27/2017 | $18.96 | | Restaurant / Entertainmen | Apple itunes |
| 9/29/2017 | $57.70 | | Restaurant / Entertainmen | Ticketmaster |
| 9/11/2017 | $52.15 | | Transportation | Sunoco |
| 9/18/2017 | $43.60 | | Transportation | Shell Oil |
| 9/12/2017 | $10.00 | | Utilities | Directv |
| 9/19/2017 | $290.78 | | Utilities | Verizon |
| 9/26/2017 | $9.90 | | Utilities | BGE |
| | $5,803.67 | | | |

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
| --- |
| EZCHOICE CHECKING |

00    0 03009M NM  017

000000                              P

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ▬▬▬▬ | AUG.09-SEP.08,2017 |

**ERIK B CHERDAK**
**DEBTOR IN POSSESSION**
**CASE#16-25927-TJC**
**149 THURGOOD ST**
**GAITHERSBURG MD 20878**

| | |
| --- | --- |
| BEGINNING BALANCE | $1,118.46 |
| DEPOSITS & CREDITS | 38,098.34 |
| LESS CHECKS & DEBITS | 13,896.54 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $25,320.26 |

INTEREST EARNED FOR STATEMENT PERIOD         $0.00                    QUINCE ORCHARD OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,118.46 | 7 | $38,098.34 | 23 | $4,746.50 | 16 | $9,150.04 | $0.00 | $25,320.26 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 08/09/2017 | BEGINNING BALANCE | | | $1,118.46 |
| 08/09/2017 | WEB XFER FROM CHK ▬▬▬ | $6,500.00 | | 7,618.46 |
| 08/14/2017 | MCDERMOTT WLL & PAYROLL | 14,714.31 | | |
| 08/14/2017 | WEB XFER TO CHK ▬▬▬ | | $1,000.00 | 21,332.77 |
| 08/15/2017 | CHECK NUMBER 8303 | | 332.00 | |
| 08/15/2017 | CHECK NUMBER 8316 | | 133.02 | 20,867.75 |
| 08/16/2017 | WEB XFER FROM CHK ▬▬▬ | 9,000.00 | | |
| 08/16/2017 | CHECK NUMBER 1329 | | 6.00 | 29,861.75 |
| 08/17/2017 | CHECK NUMBER 8305 | | 569.67 | |
| 08/17/2017 | CHECK NUMBER 8306 | | 9.90 | |
| 08/17/2017 | CHECK NUMBER 8324 | | 750.00 | 28,532.18 |
| 08/18/2017 | CHECK NUMBER 8307 | | 100.00 | |
| 08/18/2017 | CHECK NUMBER 8308 | | 30.00 | |
| 08/18/2017 | CHECK NUMBER 8310 | | 46.22 | |
| 08/18/2017 | CHECK NUMBER 8314 | | 75.00 | 28,280.96 |
| 08/21/2017 | PAYPAL VERIFYBANK | 0.18 | | |
| 08/21/2017 | PAYPAL VERIFYBANK | 0.03 | | |
| 08/21/2017 | WEB XFER TO CHK ▬▬▬ | | 2,400.00 | |
| 08/21/2017 | WEB XFER TO CHK ▬▬▬ | | 2,000.00 | |
| 08/21/2017 | PAYPAL VERIFYBANK | 0.21 | | |
| 08/21/2017 | CHECK NUMBER 8309 | | 100.00 | |
| 08/21/2017 | CHECK NUMBER 8312 | | 40.13 | |
| 08/21/2017 | CHECK NUMBER 8313 | | 50.00 | |
| 08/21/2017 | CHECK NUMBER     8315 | | 100.00 | |
| 08/21/2017 | CHECK NUMBER 8317 | | 150.00 | 23,440.83 |
| 08/22/2017 | WASHGAS       CHECKPAYMT 000000000008300 | | 11.01 | |
| 08/22/2017 | CHECK NUMBER 8302 | | 1,301.05 | |
| 08/22/2017 | Kentlands Citize Payment   000000000008304 | | 141.76 | 21,987.01 |

PAGE 1 OF 4

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▓▓▓▓ | AUG.09-SEP.08,2017 |

ERIK B CHERDAK
DEBTOR IN POSSESSION

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/23/2017 | CHECK NUMBER 1327 | | 144.70 | |
| 08/23/2017 | POTOMAC ELECTRIC CHECKPAYMT 000000000001330 | | 496.47 | |
| 08/23/2017 | CHECK NUMBER 8319 | | 398.91 | |
| 08/23/2017 | CHECK NUMBER 8320 | | 9.90 | |
| 08/23/2017 | CHECK NUMBER 8321 | | 100.00 | |
| 08/23/2017 | CHECK NUMBER 8325 | | 100.00 | 20,737.03 |
| 08/24/2017 | WEB PMT BGE HOME BILL PAYMENT CE | | 9.90 | 20,727.13 |
| 08/28/2017 | WEB XFER TO CHK ▓▓▓ | | 500.00 | 20,227.13 |
| 08/29/2017 | PAYPAL TRANSFER | | 6.00 | 20,221.13 |
| 08/31/2017 | WEB XFER TO CHK ▓▓▓ | | 200.00 | |
| 08/31/2017 | CHECK NUMBER 8301 | | 100.00 | 19,921.13 |
| 09/01/2017 | DEPOSIT | 1,307.01 | | |
| 09/01/2017 | WEB XFER TO CHK ▓▓▓ | | 500.00 | |
| 09/01/2017 | CHECK NUMBER 8323 | | 100.00 | 20,628.14 |
| 09/05/2017 | WEB XFER TO CHK ▓▓▓ | | 300.00 | |
| 09/05/2017 | WEB XFER TO CHK ▓▓▓ | | 250.00 | |
| 09/05/2017 | CAPITAL ONE ONLINE PMT | | 334.69 | 19,743.45 |
| 09/07/2017 | DEPOSIT | 6,576.81 | | |
| 09/07/2017 | WEB XFER TO CHK ▓▓▓ | | 1,000.00 | 25,320.26 |
| | ENDING BALANCE | | | $25,320.26 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1327 | 08/23/17 | 144.70 | 8308 | 08/18/17 | 30.00 | 8317 | 08/21/17 | 150.00 |
| 1329* | 08/16/17 | 6.00 | 8309 | 08/21/17 | 100.00 | 8319* | 08/23/17 | 398.91 |
| 8301* | 08/31/17 | 100.00 | 8310 | 08/18/17 | 46.22 | 8320 | 08/23/17 | 9.90 |
| 8302 | 08/22/17 | 1,301.05 | 8312* | 08/21/17 | 40.13 | 8321 | 08/23/17 | 100.00 |
| 8303 | 08/15/17 | 332.00 | 8313 | 08/21/17 | 50.00 | 8323* | 09/01/17 | 100.00 |
| 8305* | 08/17/17 | 569.67 | 8314 | 08/18/17 | 75.00 | 8324 | 08/17/17 | 750.00 |
| 8306 | 08/17/17 | 9.90 | 8315 | 08/21/17 | 100.00 | 8325 | 08/23/17 | 100.00 |
| 8307 | 08/18/17 | 100.00 | 8316 | 08/15/17 | 133.02 | | | |

**FOR INQUIRIES CALL:** (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▇▇▇▇▇▇ | AUG.09-SEP.08,2017 |

**ERIK B CHERDAK**
**DEBTOR IN POSSESSION**

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $385.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $77.00 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | ($77.00) | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $385.00 | $0.00 |

Note: Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

HOMEOWNERSHIP IS IMPORTANT.

M&T HAS THE HELP YOU NEED TO MAKE THE MOVE YOU WANT. IF YOU'RE THINKING ABOUT PURCHASING OR REFINANCING A HOME, CALL US AT 1-888-253-1023 TO REVIEW YOUR OPTIONS. OR VISIT MTB.COM/MORTGAGE FOR MORE INFORMATION.

(C) 2017 M&T BANK. EQUAL HOUSING LENDER. MEMBER FDIC. BANK NMLS# 381076.

FOR INQUIRIES CALL:   (800) 724-2440

00   0 03009M NM  017

000000                                    P

ERIK B CHERDAK
DEBTOR IN POSSESSION
CASE#16-25927-TJC
149 THURGOOD ST
GAITHERSBURG MD 20878

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | SEP.09-OCT.06,2017 |
| BEGINNING BALANCE | $25,320.26 |
| DEPOSITS & CREDITS | 7,825.00 |
| LESS CHECKS & DEBITS | 12,512.74 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $20,632.52 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00          QUINCE ORCHARD OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $25,320.26 | 3 | $7,825.00 | 5 | $5,504.81 | 13 | $7,007.93 | $0.00 | $20,632.52 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/09/2017 | BEGINNING BALANCE | | | $25,320.26 |
| 09/11/2017 | WEB XFER TO CHK | | $300.00 | |
| 09/11/2017 | CHECK NUMBER 8322 | | 50.00 | 24,970.26 |
| 09/13/2017 | WEB XFER TO CHK | | 300.00 | 24,670.26 |
| 09/14/2017 | DEPOSIT | $7,000.00 | | 31,670.26 |
| 09/18/2017 | WEB XFER FROM CHK | 400.00 | | |
| 09/18/2017 | WEB XFER TO CHK | | 400.00 | 31,670.26 |
| 09/19/2017 | WEB XFER TO CHK | | 400.00 | |
| 09/19/2017 | VERIZON PAYMENTONE | | 290.78 | |
| 09/19/2017 | Adjustment Services Case # | | 400.00 | |
| 09/19/2017 | CHECK NUMBER 9330 | | 133.02 | 30,446.46 |
| 09/20/2017 | WEB XFER TO CHK | | 400.00 | 30,046.46 |
| 09/25/2017 | WEB XFER TO CHK | | 1,000.00 | 29,046.46 |
| 09/26/2017 | WEB PMT BGE HOME BILL PAYMENT CE | | 9.90 | 29,036.56 |
| 09/27/2017 | D.C. EMPL. SRVCS UI COMP | 425.00 | | 29,461.56 |
| 09/29/2017 | WEB XFER TO CHK | | 1,300.00 | 28,161.56 |
| 10/02/2017 | WEB XFER TO CHK | | 800.00 | 27,361.56 |
| 10/03/2017 | WEB XFER TO CHK | | 1,000.00 | |
| 10/03/2017 | CAPITAL ONE ONLINE PMT | | 407.25 | |
| 10/03/2017 | CHECK NUMBER 9340 | | 164.61 | |
| 10/03/2017 | CHECK NUMBER 9342 | | 5,000.00 | 20,789.70 |
| 10/04/2017 | CHECK NUMBER 9339 | | 157.18 | 20,632.52 |
| | ENDING BALANCE | | | $20,632.52 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8322 | 09/11/17 | 50.00 | 9330* | 09/19/17 | 133.02 | 9339* | 10/04/17 | 157.18 |

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮▮▮▮▮▮▮▮ | SEP.09-OCT.06,2017 |

**ERIK B CHERDAK**
**DEBTOR IN POSSESSION**

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9340 | 10/03/17 | 164.61 | 9342* | 10/03/17 | 5,000.00 | | | |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $385.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $77.00 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item.  Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | ($77.00) | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $385.00 | $0.00 |

Note:  Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

CUSTOMIZE YOUR M&T DEBIT AND CREDIT CARDS WITH AN IMAGE OF WHAT'S IMPORTANT TO YOU. NOW WITH NO FEE!*

DESIGN YOUR CARD TODAY AT MTB.COM/CUSTOM CARD.
*USE OF THE CUSTOM CARD DESIGN SERVICE IS SUBJECT TO PROGRAM TERMS AND CONDITIONS AND IMAGE GUIDELINES.

MEMBER FDIC.

**FOR INQUIRIES CALL:**    (800) 724-2440

00   0 03009M NM  017

000000                              N

**LAUREN A COTTONE**
**ERIK B CHERDAK**
**149 THURGOOD ST**
**GAITHERSBURG MD 20878**

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PLUS CHECKING WITH INTEREST | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | AUG.17-SEP.15,2017 |

| | |
|---|---|
| **BEGINNING BALANCE** | $2,657.30 |
| **DEPOSITS & CREDITS** | 8,227.98 |
| **LESS CHECKS & DEBITS** | 10,551.20 |
| **LESS SERVICE CHARGES** | 14.95 |
| **ENDING BALANCE** | $319.13 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                QUINCE ORCHARD OFFICE
INTEREST PAID YEAR TO DATE                  $0.14

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $2,657.30 | 11 | $8,227.98 | 0 | $0.00 | 63 | $10,566.15 | $0.00 | $319.13 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/17/2017 | BEGINNING BALANCE | | | $2,657.30 |
| 08/17/2017 | LOWES #00223*      GAITHERSBURG | | $50.86 | 2,606.44 |
| 08/18/2017 | FIREBIRDS OF GAITHERSBGAITHERSBURG | | 84.30 | 2,522.14 |
| 08/21/2017 | WEB XFER FROM CHK ██████████████ | $2,400.00 | | |
| 08/21/2017 | WEB XFER FROM CHK 0██████████████ | 2,000.00 | | |
| 08/21/2017 | COLONIAL PARKING #854 ALEXANDRIA | | 10.00 | |
| 08/21/2017 | WESTIN ALEXANDRIA DINEALEXANDRIA | | 41.10 | |
| 08/21/2017 | PANERA BREAD #3574   ROCKVILLE | | 24.65 | |
| 08/21/2017 | THE HOME DEPOT #2550 GAITHERSBURG | | 210.14 | |
| 08/21/2017 | DARCARS VOLVO OF ROCKVROCKVILLE | | 2,366.10 | |
| 08/21/2017 | BMW OF ROCKVILLE - SRVROCKVILLE | | 755.39 | |
| 08/21/2017 | GEMELLIS ITALIAN    GAITHERSBURG | | 34.44 | |
| 08/21/2017 | TM *TICKETMASTER TKTS 865-512-6326 | | 88.00 | |
| 08/21/2017 | DOMINO'S 6063      301-865-1208 | | 39.71 | |
| 08/21/2017 | PURCHASE ON 08/20 LOWE'S #223  205 KENTLANDS BLVDGAITHERSBURG MD | | 422.90 | |
| 08/21/2017 | M&T ATM CASH WITHDRAWAL ON 08/21 QUINCE OR/12110 DRNESTWN RD, GAITHERSBRG, MD | | 400.00 | 2,529.71 |
| 08/22/2017 | WAYFAIR*Joss & Main  wayfair.com | | 502.78 | |
| 08/22/2017 | WALMART.COM      800-966-6546 | | 265.64 | 1,761.29 |
| 08/23/2017 | FREDERICK S FRITZ DDS ROCKVILLE | | 206.00 | 1,555.29 |
| 08/24/2017 | AXS.COM*ETZ      WWW.AXS.COM | | 44.50 | |
| 08/24/2017 | MAMA WOK        ROCKVILLE | | 53.85 | 1,456.94 |
| 08/25/2017 | SUNOCO 0320718000   ROCKVILLE | | 48.90 | |
| 08/25/2017 | CHOPT - GAITHERSBURG  GAITHERSBURG | | 68.93 | |
| 08/25/2017 | PEAPOD *GROCERIES   800-5PEAPOD | | 276.13 | 1,062.98 |
| 08/28/2017 | WEB XFER FROM CHK ██████████ | 500.00 | | |
| 08/28/2017 | MMS CHILDRENS 00103945WASHINGTON | | 26.62 | |

**M&T Bank**

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
| --- |
| MYCHOICE PLUS CHECKING WITH INTEREST |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ▮▮▮▮▮▮▮▮▮ | AUG.17-SEP.15,2017 |

**LAUREN A COTTONE**
**ERIK B CHERDAK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 08/28/2017 | MMS CHILDRENS 00103945WASHINGTON | | 8.95 | |
| 08/28/2017 | WALGREENS #15949    WASHINGTON | | 14.99 | |
| 08/28/2017 | COLONIAL PARKING # 146WASHINGTON | | 7.00 | |
| 08/28/2017 | EINSTEIN BROS BAGELS19GAITHERSBURG | | 51.78 | |
| 08/28/2017 | Dropbox*3ZMG26MHZC6G  db.tt/cchelp | | 9.99 | 1,443.65 |
| 08/29/2017 | INSTACART        HTTPSINSTACAR | | 555.10 | |
| 08/29/2017 | PHO CITY        GAITHERSBURG | | 41.80 | |
| 08/29/2017 | SHELL OIL 57542187208 GAITHERSBURG | | 64.22 | |
| 08/29/2017 | CVS PHARMACY #01452  GAITHERSBURG | | 93.74 | 688.79 |
| 08/30/2017 | BANFIELD 8502 - CALL C800-768-8858 | | 411.90 | 276.89 |
| 08/31/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 200.00 | | |
| 08/31/2017 | BANFIELD 8507 - INSIDE800-768-8858 | | 105.90 | 370.99 |
| 09/01/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 500.00 | | |
| 09/01/2017 | M&T ATM CHECK DEPOSIT QUINCE OR/12110 DRNESTWN RD, GAITHERSBRG, MD | 477.98 | | |
| 09/01/2017 | CVS PHARMACY #01452  GAITHERSBURG | | 25.00 | |
| 09/01/2017 | & PIZZA GERMANTOWN   GERMANTOWN | | 23.75 | |
| 09/01/2017 | WHOLEFDS KTL 10180  GAITHERSBURG | | 85.90 | |
| 09/01/2017 | M&T ATM CASH WITHDRAWAL ON 09/01 QUINCE OR/12110 DRNESTWN RD, GAITHERSBRG, MD | | 300.00 | 914.32 |
| 09/05/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 300.00 | | |
| 09/05/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 250.00 | | |
| 09/05/2017 | MOBY DICK HOUSE OF KABROCKVILLE | | 60.45 | |
| 09/05/2017 | STAPLES      00105866GAITHERSBURG | | 95.68 | |
| 09/05/2017 | NEW BALANCE CLARKSBURGCLARKSBURG | | 40.95 | |
| 09/05/2017 | UA FH CLARKSBURG    CLARKSBURG | | 44.51 | |
| 09/05/2017 | Nike Clarksburg 256  Clarksburg | | 113.92 | |
| 09/05/2017 | ALLEN EDMONDS #39091 CLARKSBURG | | 58.51 | |
| 09/05/2017 | CALVIN KLEIN #160   CLARKSBURG | | 18.81 | |
| 09/05/2017 | FIREBIRDS OF GAITHERSBGAITHERSBURG | | 187.58 | |
| 09/05/2017 | RITE AID STORE - 11203GAITHERSBURG | | 19.75 | |
| 09/05/2017 | AMAZON MKTPLACE PMTS AMZN.COM/BILL | | 189.94 | 634.22 |
| 09/07/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 1,000.00 | | |
| 09/07/2017 | NAUTICA ECOMMERCE   866-376-4184 | | 58.02 | |
| 09/07/2017 | WWW.FINISHLINE.COM  888-777-3949 | | 208.00 | 1,368.20 |
| 09/08/2017 | INSTACART        HTTPSINSTACAR | | 280.55 | |
| 09/08/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | 887.65 |
| 09/11/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 300.00 | | |
| 09/11/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | |
| 09/11/2017 | SUNOCO 0656583200    GAITHERSBURG | | 52.15 | |

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
| --- |
| MYCHOICE PLUS CHECKING WITH INTEREST |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ▓▓▓▓▓▓▓ | AUG.17-SEP.15,2017 |

**LAUREN A COTTONE**
**ERIK B CHERDAK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 09/11/2017 | LOWES #00223*      GAITHERSBURG | | 241.78 | |
| 09/11/2017 | CRISP AND JUICY      GAITHERSBURG | | 46.09 | 647.63 |
| 09/12/2017 | DIRECTV*NOW        800-965-7288 | | 10.00 | |
| 09/12/2017 | CVS PHARMACY #01452  GAITHERSBURG | | 40.80 | |
| 09/12/2017 | UNDER ARMOUR DIRECT VIUNDERARMOUR.C | | 72.58 | 524.25 |
| 09/13/2017 | WEB XFER FROM CHK▓▓▓▓▓▓▓ | 300.00 | | |
| 09/13/2017 | INSTACART        HTTPSINSTACAR | | 20.00 | 804.25 |
| 09/14/2017 | QO BOOSTER CLUB ONLINE301-9879323 | | 30.00 | 774.25 |
| 09/15/2017 | WHOLEFDS KTL 10180   GAITHERSBURG | | 82.97 | |
| 09/15/2017 | PEAPOD *GROCERIES    800-5PEAPOD | | 357.20 | |
| 09/15/2017 | SERVICE CHARGE | | 14.95 | 319.13 |
| | ENDING BALANCE | | | $319.13 |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
| --- | --- | --- | --- |
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $77.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $115.50 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
| --- | --- | --- |
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | $0.00 | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $192.50 | $0.00 |

Note: Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

**FOR INQUIRIES CALL:    (800) 724-2440**

00  0 03009M NM  017

000000                                                    N

LAUREN A COTTONE
ERIK B CHERDAK
149 THURGOOD ST
GAITHERSBURG MD 20878

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PLUS CHECKING WITH INTEREST | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|  | SEP.16-OCT.16,2017 |

| | |
|---|---|
| BEGINNING BALANCE | $319.13 |
| DEPOSITS & CREDITS | 7,900.00 |
| LESS CHECKS & DEBITS | 7,419.55 |
| INTEREST | 0.01 |
| LESS SERVICE CHARGES | 14.95 |
| ENDING BALANCE | $784.64 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00              QUINCE ORCHARD OFFICE
INTEREST PAID YEAR TO DATE                              $0.15

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $319.13 | 11 | $7,900.00 | 0 | $0.00 | 62 | $7,434.50 | $0.01 | $784.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/16/2017 | BEGINNING BALANCE | | | $319.13 |
| 09/18/2017 | WEB XFER FROM CHK | $400.00 | | |
| 09/18/2017 | WEB XFER TO CHK | | $400.00 | |
| 09/18/2017 | SHELL OIL 57542187208 GAITHERSBURG | | 43.60 | |
| 09/18/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 0.99 | |
| 09/18/2017 | MOBY DICK HOUSE OF KABGAITHERSBURG | | 52.96 | 221.58 |
| 09/19/2017 | WEB XFER FROM CHK | 400.00 | | 621.58 |
| 09/20/2017 | WEB XFER FROM CHK | 400.00 | | 1,021.58 |
| 09/21/2017 | FREDERICK S FRITZ DDS 301-3309550 | | 206.00 | |
| 09/21/2017 | J2 EFAX SERVICES   323-817-3205 | | 26.95 | |
| 09/21/2017 | A EAGLE OUTFTR00006593888-2324535 | | 37.07 | |
| 09/21/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | 551.56 |
| 09/25/2017 | WEB XFER FROM CHK | 1,000.00 | | |
| 09/25/2017 | FOUNDING FARMERS MD  POTOMAC | | 31.00 | |
| 09/25/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 9.98 | |
| 09/25/2017 | LOWES #00223*     GAITHERSBURG | | 49.14 | |
| 09/25/2017 | PANERA BREAD #3767  GAITHERSBURG | | 5.61 | |
| 09/25/2017 | YOYOGI SUSHI     GAITHERSBURG | | 15.37 | 1,440.46 |
| 09/27/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 18.96 | 1,421.50 |
| 09/28/2017 | Dropbox*RDJ8RPRNZJ8S  db.tt/cchelp | | 9.99 | 1,411.51 |
| 09/29/2017 | WEB XFER FROM CHK | 1,300.00 | | |
| 09/29/2017 | TM *TICKETMASTER TKTS 865-512-6326 | | 57.70 | |
| 09/29/2017 | PEAPOD *GROCERIES   800-5PEAPOD | | 540.12 | 2,113.69 |
| 10/02/2017 | WEB XFER FROM CHK | 800.00 | | |
| 10/02/2017 | AT&T*BILL PAYMENT   WWW.ATT.COM | | 1,084.10 | |
| 10/02/2017 | PIN USPS PO 23352908 6GAITHERSBURG | | 23.75 | |
| 10/02/2017 | FARMERS INS BILLING  877-327-6392 | | 400.00 | |
| 10/02/2017 | CALLEVA INC.     301-216-1248 | | 79.13 | |

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
|---|
| MYCHOICE PLUS CHECKING WITH INTEREST |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮▮▮▮▮▮▮ | SEP.16-OCT.16,2017 |

**LAUREN A COTTONE**
**ERIK B CHERDAK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/02/2017 | CALLEVA INC.       301-216-1248 | | 52.75 | |
| 10/02/2017 | CALLEVA INC.       301-216-1248 | | 39.54 | |
| 10/02/2017 | SHELL OIL 57542187208 GAITHERSBURG | | 53.00 | |
| 10/02/2017 | PANERA BREAD #3767   GAITHERSBURG | | 23.17 | |
| 10/02/2017 | WHOLEFDS KTL 10180   GAITHERSBURG | | 14.43 | |
| 10/02/2017 | GIANT 0320        GAITHERSBURG | | 32.46 | 1,111.36 |
| 10/03/2017 | WEB XFER FROM CHK▮▮▮▮▮▮▮▮▮ | 1,000.00 | | |
| 10/03/2017 | BARKING MAD CAFE    GAITHERSBURG | | 151.19 | |
| 10/03/2017 | PARTY CITY 0299     GAITHERSBURG | | 34.41 | |
| 10/03/2017 | TM *TICKETMASTER TKTS 865-512-6326 | | 53.00 | |
| 10/03/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 3.99 | |
| 10/03/2017 | THE UPS STORE 4427   GAITHERSBURG | | 85.94 | 1,782.83 |
| 10/04/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | 1,582.83 |
| 10/05/2017 | M&T ATM CASH WITHDRAWAL ON 10/05 QUINCE OR/12110 DRNESTWN RD, GAITHERSBRG, MD | | 500.00 | 1,082.83 |
| 10/06/2017 | BANFIELD-PET*WPPAYMENT360-784-5000 | | 105.90 | 976.93 |
| 10/10/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮▮▮▮ | 400.00 | | |
| 10/10/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮▮ | 200.00 | | |
| 10/10/2017 | WEB XFER FROM CHK▮▮▮▮▮▮▮▮ | 1,000.00 | | |
| 10/10/2017 | SALON RED       GAITHERSBURG | | 70.14 | |
| 10/10/2017 | WHOLEFDS KTL 10180   GAITHERSBURG | | 48.65 | |
| 10/10/2017 | GREEN DOT BANK     609-7519100 | | 200.00 | |
| 10/10/2017 | ALLEN EDMONDS #39091 CLARKSBURG | | 233.41 | |
| 10/10/2017 | J. CREW FACTORY #1033 BOYDS | | 357.41 | |
| 10/10/2017 | FLAGSHIP CARWASH CENTEROCKVILLE | | 23.95 | |
| 10/10/2017 | WHOLEFDS KTL 10180   GAITHERSBURG | | 157.41 | |
| 10/10/2017 | SUNOCO 0320718000    ROCKVILLE | | 76.36 | 1,409.60 |
| 10/11/2017 | ALLEN EDMONDS #39010 BROOKFIELD | | 226.70 | 1,182.90 |
| 10/12/2017 | SUNOCO 0320718000    ROCKVILLE | | 40.85 | |
| 10/12/2017 | DIRECTV*NOW       800-965-7288 | | 10.00 | |
| 10/12/2017 | COLONIAL PARKING # 146WASHINGTON | | 5.00 | |
| 10/12/2017 | KENTLANDS FLOWERS AND GAITHERSBURG | | 100.70 | |
| 10/12/2017 | GREEN DOT BANK     609-7519100 | | 100.00 | |
| 10/12/2017 | AMERICAN EXPRESS SERVE8009540559 | | 43.30 | |
| 10/12/2017 | PEAPOD *GROCERIES   800-5PEAPOD | | 443.63 | 439.42 |
| 10/16/2017 | WEB XFER FROM CHK ▮▮▮▮▮▮▮ | 1,000.00 | | |
| 10/16/2017 | INTEREST PAYMENT | 0.01 | | |
| 10/16/2017 | LOEBS DELI      WASHINGTON | | 43.16 | |
| 10/16/2017 | CVS PHARMACY #01452  GAITHERSBURG | | 25.00 | |

**FOR INQUIRIES CALL:**    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PLUS CHECKING WITH INTEREST | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▆▆▆▆▆▆▆ | SEP.16-OCT.16,2017 |

**LAUREN A COTTONE**
**ERIK B CHERDAK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/16/2017 | CREST CLEANERS - 3   GAITHERSBURG | | 22.40 | |
| 10/16/2017 | THE HOME DEPOT #2550 GAITHERSBURG | | 136.96 | |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | | 14.99 | |
| 10/16/2017 | SALON RED        GAITHERSBURG | | 75.60 | |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | |
| 10/16/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 2.99 | |
| 10/16/2017 | SUNOCO 0656583200    GAITHERSBURG | | 40.36 | |
| 10/16/2017 | NEAL S BAGELS       GAITHERSBURG | | 78.38 | |
| 10/16/2017 | SERVICE CHARGE | | 14.95 | 784.64 |
| | ENDING BALANCE | | | $784.64 |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $77.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $115.50 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item.  Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | $0.00 | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $192.50 | $0.00 |

Note:  Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

ANNUAL PERCENTAGE YIELD EARNED = 0.00%