**DEBTOR:** Erik Cherdak

**CASE NUMBER:** 16-25927-TJC

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**
**INDIVIDUAL DEBTORS**

☐ **Check if this is an amended report.**

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

For Period from: 10/01/2017 to 10/31/2017

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

**REQUIRED REPORTS / DOCUMENTS**

1  Cash Flow Statement (Page 2)

2  Cash Reconciliation(s) and Narrative (Page 3)

3  Cash Receipts Detail (Page 4)

4  Cash Disbursements Detail (Page 5)

5  Receipts and Disbursements Recap Case to Date (Page 6)

6  **Bank Statements for All Bank Accounts open during any day during the period**
   (remember to redact all but the last four digits of bank account number)

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | | ☒ |
| 1a. If no, explain.    DIP Account Established After MOR Period | | |
| 2. Are all insurance policies current and in effect? | ☒ | |
| 2a. If no, explain.** | | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ☒ | |
| 3a. If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | | ☒ |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ☒ |
| 5a. If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ☒ |
| 7. Do you have any bank accounts open other than the DIP account? | ☒ | |
| 7a. If yes, when will they be closed?    In process of winding down. | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.**

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 11/14/2017

Signature (Debtor): s/ Erik B. Cherdak

Print name: Erik B. Cherdak

Signature (Co-Debtor, if one):

Print name:

PAGE 1
Rev. 2016-11

Individual MOR 2016-11 (blank).xlsx

**DEBTOR:** Erik Cherdak        **CASE NUMBER:** 16-25927-TJC

**For Period from:** 10/01/2017   to   10/31/201☐

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | | |
|---|---|---:|---|
| 1. | **Beginning Cash Balance** | $ 30,275.25 | (1) **A** |
| 2. | **Cash Receipts** | | |
| | Wages | $ | |
| | Sole Proprietorship Revenues | N/A | |
| | Draws from owned entities other than Sole Prop | | |
| | Rental Income | | |
| | Other   Unemployment Insurance | 1,275.00 | |
| | Other   Interest | 0.01 | |
| | Total Cash Receipts for the month | $ 1,275.01 | **B** |
| 3. | **Cash Disbursements** | | |
| | Primary residence: Rent or home mortgage payment  $ | | |
| | Utilities and Communication related Expenses | 3,570.48 | |
| | Home maintenance (repairs/upkeep/association dues) | 574.12 | |
| | Food / Groceries / Housekeeping supplies | 1,703.09 | |
| | Restaurants/Entertainment/Recreation | 614.51 | |
| | Clothing / Laundry / Personal Care | 985.66 | |
| | Charitable and Religious Contributions | 35.00 | |
| | Insurance payments | 797.86 | |
| | Installment payments (including car payments) | 0 | |
| | Alimony, maintenance, support of others | 0 | |
| | Legal / Professional Fees / U.S. Trustee Fees | 10,000 | |
| | Sole Proprietorship Expenses | 0 | |
| | Rental Property related: mortgages / expenses / repairs | 0 | |
| | Other   Medical | 5,159.41 | |
| | Other   Parking/tolls | 5.00 | |
| | Other   Taxes | 133.02 | |
| | Other   Transportation | 210.57 | |
| | Miscellaneous | 2,922.94 | |
| | Total Cash Disbursements for the month | $ 26,711.66 | **C** |
| 4. | **Net Cash Flow for Month** **(Total Cash Receipts less Total Cash Disbursements)**  (B - C) | | **D** |
| 5. | **Ending Cash Balance** This is (A+D) less Bank of America accounts no longer used. See Ex D. (A + D) $ | 4,838.60 | **E** |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 26,711.66 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| Disbursements for U.S. Trustee Fee Calculation | 26,711.66 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

**DEBTOR:** Erik Cherdak        **Case Number:** 16-25927-TJC

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 10/31/20__ | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | See Ex A | | | |
| Last four digits of account | | | | |
| Purpose of Acct (Personal or Business) | | | | |
| Type of account (Checking or Savings) | | | | |
| Balance per Bank Statement at End of the Period | | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 0 | |

**Note: Attach a copy of the bank statement and bank reconciliation for underline every account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.**

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Do you have any past due post petition bills?    No ☐    Yes ✓

If yes, how much do you owe? *(please attach support)*    $ ☐

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?    No ☐    Yes ✓

If yes, how much is owed to you? *(please attach support)*    $ ☐

In excess of several million dollars from Fitistics, LLC.

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| See Ex B |
|---|
| |
| |
| |
| |

**DEBTOR:**  Erik Cherdak                          **CASE #:**  16-25927-TJC

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period:  10/01/2017 **to** 10/31/201⁊
(attach additional sheets as necessary)

Bank Name  _____        Last four digits of account number  _____

A.  For each _counter deposit_ made during the period, record the following information:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | See Ex C |          |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             | 0 |

B.  For _direct deposits_ to your account which identify the source of the deposit, just record the grand total of all of these deposits.                       _____

C.  Deduct _transfers_ between accounts made to this account included in Section A or B above.                                                            0

                                  **Total Cash Receipts**       $          0.
                                  This total should agree with Page 2

PAGE 4
Rev. 2016-11

**DEBTOR:** Erik Cherdak

**CASE #:** 16-25927-TJC

## CASH DISBURSEMENTS DETAIL

*The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: 10/01/2017 to 10/31/2017
(attach additional sheets as necessary)

Bank Name _____

Last four digits of account number _____

**A.** *For all <u>checks written</u>, record the detail of each showing the following information:*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           | See Ex D |                   |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      | 0      |

**B.** *For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals* _____

**C.** *Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.* 0

**Total Cash Disbursements** $ 0
This total should agree with Page 2

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Erik Cherdak        **Case #:** 16-25927-TJC

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

**Year:** 2017

| | Receipts | Disb | Net | | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|---|---|---|---|
| Jan | | | 0 | | | | 0 |
| Feb | 31,614 | 24,936 | 6,678 | | | | 0 |
| Mar | 28,866.18 | 21,057 | 7,809 | | | | 0 |
| Apr | 30,967 | 37,590 | -6,623 | | | | 0 |
| May | 31,925.95 | 42,899 | -10,973 | | | | 0 |
| Jun | 51,651 | 46,655 | 4,996 | | | | 0 |
| Jul | 31,167 | 31,701 | -535 | | | | 0 |
| Aug | 24,714.40 | 19,657.37 | 5,057.03 | | | | 0 |
| Sep | 15,786.80 | 5,803.67 | 9,983.13 | | | | 0 |
| Oct | 1,275.01 | 26,711.66 | -25,436.65 | | | | 0 |
| Nov | | | 0 | | | | 0 |
| Dec | | | 0 | | | | 0 |
| **TOTAL** | 0 | 0 | 0 | | 0 | 0 | 0 |

**Year:** _____

| Exhibit A - Bank Balances | | |
|---|---|---|
| | Acct 1 | Acct 2 |
| Name of Bank | M&T | M&T |
| Last Four digits of Account | 2851 | 2455 |
| Holders | Erik Cherdak and Lauren Cottone | Erik Cherdak |
| Type of Account | Checking | Checking |
| Balance at end of period | 2,237.76 | 2,600.84 |
| Total: | 4,838.60 | |

**Exhibit B**

**Unusual Items**

- DIP account has no debit card, joint account used
- Mortgage payment missed due to cash flow problems due to job switch.

**Exhibit C - Cash Receipts**

| Date | Amount | Method | Notes/ Payee | Account |
|---|---|---|---|---|
| 10/10/2017 | 425.00 | Credit | D.C. Empl. Srvcs UI Comp | M&T 2455 |
| 10/31/2017 | 850.00 | Credit | D.C. Empl. Srvcs UI Comp | M&T 2455 |
| 10/16/2017 | 0.01 | Interest Earned | | M&T 2851 |

**Total**      **$1,275.01**

| Exhibit D - Cash Disbursements | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Date | Amount | Method | Classification | Notes/ Payee | Account |
| 10/2/2017 | 79.13 | debit | Entertainment | Calleva Inc. | M&T 2851 |
| 10/2/2017 | 52.75 | debit | Entertainment | Calleva Inc. | M&T 2851 |
| 10/2/2017 | 39.54 | debit | Entertainment | Calleva Inc. | M&T 2851 |
| 10/2/2017 | 14.43 | debit | Groceries | Wholefoods | M&T 2851 |
| 10/2/2017 | 32.46 | debit | Groceries | Giant | M&T 2851 |
| 10/2/2017 | 400.00 | debit | Insurance | Farmers Insurance | M&T 2851 |
| 10/2/2017 | 23.75 | debit | Miscellaneous | USPS | M&T 2851 |
| 10/2/2017 | 23.17 | debit | Restaurant / Entertainmen | Panera Bread | M&T 2851 |
| 10/2/2017 | 53.00 | debit | Transportation | Shell Oil | M&T 2851 |
| 10/2/2017 | 1,084.10 | online payment | Utilities | AT&T Bill Payment | M&T 2851 |
| 10/3/2017 | 407.25 | online payment | Housekeeping Supplies | Capital One Online Payment | M&T 2455 |
| 10/3/2017 | 5,000.00 | Check # 9342 | Legal | Trey Mayfield Legal | M&T 2455 |
| 10/3/2017 | 164.61 | Check # 9340 | Medical | | M&T 2455 |
| 10/3/2017 | 34.41 | debit | Housekeeping Supplies | Party City | M&T 2851 |
| 10/3/2017 | 85.94 | debit | Miscellaneous | The UPS Store | M&T 2851 |
| 10/3/2017 | 151.19 | debit | Restaurant / Entertainmen | Barking Mad Café | M&T 2851 |
| 10/3/2017 | 53.00 | debit | Restaurant / Entertainmen | Ticketmaster | M&T 2851 |
| 10/3/2017 | 3.99 | debit | Restaurant / Entertainmen | Apple Itunes | M&T 2851 |
| 10/4/2017 | 157.18 | Check # 9339 | Medical | | M&T 2455 |
| 10/4/2017 | 200.00 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/5/2017 | 500.00 | debit | Miscellaneous | ATM Cash Withdrawal | M&T 2851 |
| 10/6/2017 | 105.90 | debit | Miscellaneous | Banfield-Pet | M&T 2851 |
| 10/10/2017 | 141.76 | debit | Association Dues | Kentlands Citizens Payment | M&T 2455 |
| 10/10/2017 | 2,500.00 | Check # 9343 | Medical | | M&T 2455 |
| 10/10/2017 | 643.56 | debit | Utilities | Potomac Electric | M&T 2851 |
| 10/10/2017 | 233.41 | debit | Clothing | Allen Edmonds | M&T 2851 |
| 10/10/2017 | 357.41 | debit | Clothing | J. Crew Factory | M&T 2851 |
| 10/10/2017 | 48.65 | debit | Groceries | Wholefoods | M&T 2851 |
| 10/10/2017 | 157.41 | debit | Groceries | Wholefoods | M&T 2851 |
| 10/10/2017 | 200.00 | debit | Miscellaneous | Green Dot Bank | M&T 2851 |
| 10/10/2017 | 23.95 | debit | Miscellaneous | Flagship Carwash | M&T 2851 |

| Date | Amount | Method | Classification | Notes/ Payee | Account |
|------|--------|--------|----------------|--------------|---------|
| 10/10/2017 | 70.14 | debit | Personal Care | Salon Red | M&T 2851 |
| 10/10/2017 | 76.36 | debit | Transportation | Sunoco | M&T 2851 |
| 10/11/2017 | 16.00 | Check # 9348 | Medical | | M&T 2455 |
| 10/11/2017 | 16.00 | Check # 9349 | Medical | | M&T 2455 |
| 10/11/2017 | 226.70 | debit | Clothing | Allen Edmonds | M&T 2851 |
| 10/12/2017 | 443.63 | debit | Groceries | Peapod Groceries | M&T 2851 |
| 10/12/2017 | 100.70 | debit | Miscellaneous | Kentlands Flowers | M&T 2851 |
| 10/12/2017 | 100.00 | debit | Miscellaneous | Green Dot Bank | M&T 2851 |
| 10/12/2017 | 43.30 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/12/2017 | 5.00 | debit | Parking / Tolls | Colonial Parking | M&T 2851 |
| 10/12/2017 | 40.85 | debit | Transportation | Sunoco | M&T 2851 |
| 10/12/2017 | 10.00 | debit | Utilities | Directv | M&T 2851 |
| 10/16/2017 | 500.00 | Check # 0055 | Utilities | | M&T 2455 |
| 10/16/2017 | 136.96 | debit | Home Maintenance | The Home Depot | M&T 2851 |
| 10/16/2017 | 22.40 | debit | Laundry | Crest Cleaners | M&T 2851 |
| 10/16/2017 | 25.00 | debit | Medical | CVS Pharmacy | M&T 2851 |
| 10/16/2017 | 14.99 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/16/2017 | 200.00 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/16/2017 | 14.95 | debit | Miscellaneous | Service Charge | M&T 2851 |
| 10/16/2017 | 75.60 | debit | Personal Care | Salon Red | M&T 2851 |
| 10/16/2017 | 43.16 | debit | Restaurant / Entertainmen | Loebs Deli | M&T 2851 |
| 10/16/2017 | 2.99 | debit | Restaurant / Entertainmen | Apple Itunes | M&T 2851 |
| 10/16/2017 | 78.38 | debit | Restaurant / Entertainmen | Neals Bagels | M&T 2851 |
| 10/16/2017 | 40.36 | debit | Transportation | Sunoco | M&T 2851 |
| 10/18/2017 | 206.00 | debit | Medical | Frederick S Fritz DDS | M&T 2851 |
| 10/18/2017 | 0.99 | debit | Miscellaneous | Apple Itunes | M&T 2851 |
| 10/19/2017 | 133.02 | debit | Taxes | Comp. of Maryland | M&T 2455 |
| 10/19/2017 | 472.74 | debit | Communication | AT&T Bill Payment | M&T 2851 |
| 10/19/2017 | 11.97 | debit | Home Maintenance | Homeserve USA | M&T 2851 |
| 10/19/2017 | 200.00 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/20/2017 | 16.96 | debit | Communication | J2 Efax Services | M&T 2851 |
| 10/20/2017 | 131.64 | debit | Home Maintenance | Lowes | M&T 2851 |
| 10/20/2017 | -$4.97 | credit | Home Maintenance | Lowes - refund | M&T 2851 |

| Date | Amount | Method | Classification | Notes/ Payee | Account |
|------|--------|--------|----------------|--------------|---------|
| 10/23/2017 | 5,000.00 | Check # 1317 | Legal | Trey Mayfield Legal | M&T 2455 |
| 10/23/2017 | 179.18 | Check # 1014 | Medical | | M&T 2455 |
| 10/23/2017 | 280.39 | Check # 1017 | Medical | | M&T 2455 |
| 10/23/2017 | 100.00 | Check # 9331 | Medical | | M&T 2455 |
| 10/23/2017 | 15.00 | Check # 1018 | Medical | | M&T 2455 |
| 10/23/2017 | 50.00 | Check # 1019 | Medical | | M&T 2455 |
| 10/23/2017 | 99.00 | Check # 1020 | Medical | | M&T 2455 |
| 10/23/2017 | 397.86 | debit | Insurance | Farmers Insurance | M&T 2851 |
| 10/23/2017 | 300.00 | debit | Miscellaneous | ATM Cash Withdrawal | M&T 2851 |
| 10/23/2017 | 400.00 | debit | Miscellaneous | Robinhood (CRFN) ACH | M&T 2851 |
| 10/23/2017 | 42.48 | debit | Restaurant / Entertainment | Panera Bread | M&T 2851 |
| 10/24/2017 | 242.03 | Check # 1013 | Medical | | M&T 2455 |
| 10/24/2017 | 398.93 | Check # 8327 | Medical | | M&T 2455 |
| 10/24/2017 | 53.11 | Check # 9332 | Medical | | M&T 2455 |
| 10/24/2017 | 38.50 | debit | Miscellaneous | Insufficient Funds Fee-Check Number 9333 | M&T 2455 |
| 10/24/2017 | 38.50 | debit | Miscellaneous | Insufficient Funds Fee-Check Number 8327 | M&T 2455 |
| 10/24/2017 | 38.50 | debit | Miscellaneous | Insufficient Funds Fee-Check Number 9334 | M&T 2455 |
| 10/24/2017 | 38.50 | debit | Miscellaneous | Insufficient Funds Fee-Check Number 9331 | M&T 2455 |
| 10/24/2017 | 38.50 | debit | Miscellaneous | Insufficient Funds Fee-Check Number 1317 | M&T 2455 |
| 10/24/2017 | 9.90 | debit | Utiliites | BGE Home Bill Payment | M&T 2455 |
| 10/24/2017 | 123.32 | debit | Groceries | Instacart | M&T 2851 |
| 10/24/2017 | 12.33 | debit | Groceries | Instacart | M&T 2851 |
| 10/25/2017 | 156.76 | debit | Association Dues | Kentlands Citizens Payment | M&T 2455 |
| 10/25/2017 | 100.00 | Check # 1015 | Medical | | M&T 2455 |
| 10/25/2017 | 83.32 | Check # 1023 | Medical | | M&T 2455 |
| 10/25/2017 | 169.00 | Check # 1024 | Medical | | M&T 2455 |
| 10/25/2017 | 43.56 | debit | Utilities | Washington Gas | M&T 2455 |
| 10/25/2017 | 256.70 | debit | Utilities | Potomac Electric | M&T 2455 |
| 10/25/2017 | 22.30 | debit | Utilities | Washington Gas | M&T 2455 |
| 10/26/2017 | 294.74 | Check # 1012 | Medical | | M&T 2455 |
| 10/26/2017 | 3.92 | Check # 1016 | Medical | | M&T 2455 |
| 10/26/2017 | 6.00 | Check # 9336 | Medical | | M&T 2455 |
| 10/26/2017 | 35.00 | debit | Charitable Contributions | American Cancer Society | M&T 2851 |

| Date | Amount | Method | Classification | Notes/ Payee | Account |
|---|---|---|---|---|---|
| 10/27/2017 | 429.20 | debit | Groceries | Peapod Groceries | M&T 2851 |
| 10/30/2017 | 510.66 | debit | Communication | AT&T Bill Payment | M&T 2851 |
| 10/30/2017 | 9.99 | debit | Miscellaneous | Dropbox | M&T 2851 |
| 10/30/2017 | 200.00 | debit | Miscellaneous | American Express | M&T 2851 |
| 10/30/2017 | 1.00 | debit | Miscellaneous | Experian Credit Report | M&T 2851 |
| 10/30/2017 | 4.99 | debit | Miscellaneous | Experian Credit Report | M&T 2851 |
| 10/30/2017 | 44.73 | debit | Restaurant / Entertainment | Old Shanghai Café | M&T 2851 |
| | -$0.01 | | Miscellaneous | | |
| | 26,711.66 | | | | |

M&T Bank

**FOR INQUIRIES CALL:** (800) 724-2440

00   0 03009M NM 017

000000                                    P

ERIK B CHERDAK
DEBTOR IN POSSESSION
CASE#16-25927-TJC
149 THURGOOD ST
GAITHERSBURG MD 20878

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 3455 | SEP.09-OCT.06,2017 |

| BEGINNING BALANCE | $25,320.26 |
|---|---|
| DEPOSITS & CREDITS | 7,825.00 |
| LESS CHECKS & DEBITS | 12,512.74 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $20,632.52 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    QUINCE ORCHARD OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $25,320.26 | 3 | $7,825.00 | 5 | $5,504.81 | 13 | $7,007.93 | $0.00 | $20,632.52 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/09/2017 | BEGINNING BALANCE | | | $25,320.26 |
| 09/11/2017 | WEB XFER TO CHK 0000000002851 | | $300.00 | |
| 09/11/2017 | CHECK NUMBER 8322 | | 50.00 | 24,970.26 |
| 09/13/2017 | WEB XFER TO CHK 2851 | | 300.00 | 24,670.26 |
| 09/14/2017 | DEPOSIT | $7,000.00 | | 31,670.26 |
| 09/18/2017 | WEB XFER FROM CHK 2851 | 400.00 | | |
| 09/18/2017 | WEB XFER TO CHK 2851 | | 400.00 | 31,670.26 |
| 09/19/2017 | WEB XFER TO CHK 2851 | | 400.00 | |
| 09/19/2017 | VERIZON PAYMENTONE | | 290.78 | |
| 09/19/2017 | Adjustment Services Case # 001-01-7661100084 | | 400.00 | |
| 09/19/2017 | CHECK NUMBER 9330 | | 133.02 | 30,446.46 |
| 09/20/2017 | WEB XFER TO CHK 2851 | | 400.00 | 30,046.46 |
| 09/25/2017 | WEB XFER TO CHK 2851 | | 1,000.00 | 29,046.46 |
| 09/26/2017 | WEB PMT BGE HOME BILL PAYMENT CE | | 9.90 | 29,036.56 |
| 09/27/2017 | D.C. EMPL. SRVCS UI COMP | 425.00 | | 29,461.56 |
| 09/29/2017 | WEB XFER TO CHK 2851 | | 1,300.00 | 28,161.56 |
| 10/02/2017 | WEB XFER TO CHK 2851 | | 800.00 | 27,361.56 |
| 10/03/2017 | WEB XFER TO CHK 2851 | | 1,000.00 | |
| 10/03/2017 | CAPITAL ONE ONLINE PMT | | 407.25 | |
| 10/03/2017 | CHECK NUMBER 9340 | | 164.61 | |
| 10/03/2017 | CHECK NUMBER 9342 | | 5,000.00 | 20,789.70 |
| 10/04/2017 | CHECK NUMBER 9339 | | 157.18 | 20,632.52 |
| | ENDING BALANCE | | | $20,632.52 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8322 | 09/11/17 | 50.00 | 9330* | 09/19/17 | 133.02 | 9339* | 10/04/17 | 157.18 |

PAGE 1 OF 3

M&T Bank

**FOR INQUIRIES CALL:**   (800) 724-2440

| ACCOUNT TYPE |
|---|
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████2455 | SEP.09-OCT.06,2017 |

**ERIK B CHERDAK**
**DEBTOR IN POSSESSION**

### CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9340 | 10/03/17 | 164.61 | 9342* | 10/03/17 | 5,000.00 | | | |

### OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $385.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $77.00 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item.  Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account.

### OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | ($77.00) | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $385.00 | $0.00 |

**Note:** Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

CUSTOMIZE YOUR M&T DEBIT AND CREDIT CARDS WITH AN IMAGE OF WHAT'S IMPORTANT TO YOU. NOW WITH NO FEE!*

DESIGN YOUR CARD TODAY AT MTB.COM/CUSTOM CARD.
*USE OF THE CUSTOM CARD DESIGN SERVICE IS SUBJECT TO PROGRAM TERMS AND CONDITIONS AND IMAGE GUIDELINES.

MEMBER FDIC.

M&T Bank

**FOR INQUIRIES CALL:** (800) 724-2440

00   0 03009M NM  017

000000                                              P

ERIK B CHERDAK
DEBTOR IN POSSESSION
CASE#16-25927-TJC
149 THURGOOD ST
GAITHERSBURG MD 20878

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2455 | OCT.07-NOV.08,2017 |
| BEGINNING BALANCE | $20,632.52 |
| DEPOSITS & CREDITS | 37,478.61 |
| LESS CHECKS & DEBITS | 39,768.92 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $18,342.21 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    QUINCE ORCHARD OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $20,632.52 | 10 | $37,478.61 | 26 | $13,840.75 | 24 | $25,928.17 | $0.00 | $18,342.21 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/07/2017 | BEGINNING BALANCE | | | $20,632.52 |
| 10/10/2017 | D.C. EMPL. SRVCS UI COMP | $425.00 | | |
| 10/10/2017 | WEB XFER TO CHK          2851 | | $400.00 | |
| 10/10/2017 | WEB XFER TO CHK          2851 | | 200.00 | |
| 10/10/2017 | WEB XFER TO CHK          2851 | | 1,000.00 | |
| 10/10/2017 | Kentlands Citize Payment  000000000008326 | | 141.76 | |
| 10/10/2017 | POTOMAC ELECTRIC CHECKPAYMT 000000000009338 | | 643.56 | |
| 10/10/2017 | CHECK NUMBER 9343 | | 2,500.00 | 16,172.20 |
| 10/11/2017 | CHECK NUMBER 9348 | | 16.00 | |
| 10/11/2017 | CHECK NUMBER 9349 | | 16.00 | 16,140.20 |
| 10/16/2017 | WEB XFER TO CHK          2851 | | 1,000.00 | |
| 10/16/2017 | CHECK NUMBER 0055 | | 500.00 | 14,640.20 |
| 10/17/2017 | WEB XFER TO CHK          2851 | | 10,000.00 | 4,640.20 |
| 10/19/2017 | WEB XFER FROM CHK          2851 | 1,000.00 | | |
| 10/19/2017 | COMP OF MARYLAND DIR DB RAD | | 133.02 | 5,507.18 |
| 10/23/2017 | RETURN - CHECK NUMBER 8327 | 398.93 | | |
| 10/23/2017 | RETURN - CHECK NUMBER 9333 | 100.00 | | |
| 10/23/2017 | RETURN - CHECK NUMBER 9334 | 179.18 | | |
| 10/23/2017 | RETURN - CHECK NUMBER 9337 | 50.00 | | |
| 10/23/2017 | CHECK NUMBER 1014 | | 179.18 | |
| 10/23/2017 | CHECK NUMBER 1017 | | 280.39 | |
| 10/23/2017 | CHECK NUMBER    1018 | | 15.00 | |
| 10/23/2017 | CHECK NUMBER 1019 | | 50.00 | |
| 10/23/2017 | CHECK NUMBER 1020 | | 99.00 | |
| 10/23/2017 | CHECK NUMBER 1317 | | 5,000.00 | |
| 10/23/2017 | CHECK NUMBER 8327 | | 398.93 | |
| 10/23/2017 | CHECK NUMBER 9331 | | 100.00 | |
| 10/23/2017 | CHECK NUMBER 9333 | | 100.00 | |

M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ●●●●●2455 | OCT.07-NOV.08,2017 |

ERIK B CHERDAK
DEBTOR IN POSSESSION

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/23/2017 | CHECK NUMBER 9334 | | 179.18 | |
| 10/23/2017 | CHECK NUMBER 9337 | | 50.00 | (216.39) |
| 10/24/2017 | WEB XFER FROM CHK●●●●●●2851 | 1,000.00 | | |
| 10/24/2017 | WEB XFER FROM CHK ●●●●●●2851 | 3,000.00 | | |
| 10/24/2017 | WEB PMT BGE HOME BILL PAYMENT CE | | 9.90 | |
| 10/24/2017 | CHECK NUMBER 1013 | | 242.03 | |
| 10/24/2017 | CHECK NUMBER 8327 | | 398.93 | |
| 10/24/2017 | CHECK NUMBER 9332 | | 53.11 | |
| 10/24/2017 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 9333 | | 38.50 | |
| 10/24/2017 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 8327 | | 38.50 | |
| 10/24/2017 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 9334 | | 38.50 | |
| 10/24/2017 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 9331 | | 38.50 | |
| 10/24/2017 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 1317 | | 38.50 | 2,887.14 |
| 10/25/2017 | Kentlands Citize Payment   00000000001010 | | 156.76 | |
| 10/25/2017 | WASHGAS       CHECKPAYMT 000000000001011 | | 43.56 | |
| 10/25/2017 | CHECK NUMBER 1015 | | 100.00 | |
| 10/25/2017 | CHECK NUMBER 1023 | | 83.32 | |
| 10/25/2017 | CHECK NUMBER 1024 | | 169.00 | |
| 10/25/2017 | POTOMAC ELECTRIC CHECKPAYMT 000000000001025 | | 256.70 | |
| 10/25/2017 | WASHGAS       CHECKPAYMT 000000000009335 | | 22.30 | 2,055.50 |
| 10/26/2017 | CHECK NUMBER 1012 | | 294.74 | |
| 10/26/2017 | CHECK NUMBER 1016 | | 3.92 | |
| 10/26/2017 | CHECK NUMBER 9336 | | 6.00 | 1,750.84 |
| 10/31/2017 | D.C. EMPL. SRVCS UI COMP | 850.00 | | 2,600.84 |
| 11/01/2017 | CHECK NUMBER    9301 | | 100.00 | 2,500.84 |
| 11/03/2017 | CHECK NUMBER 1027 | | 1,500.00 | 1,000.84 |
| 11/06/2017 | DEPOSIT | 30,475.50 | | |
| 11/06/2017 | CAPITAL ONE ONLINE PMT | | 500.00 | |
| 11/06/2017 | CHECK NUMBER 1028 | | 440.00 | 30,536.34 |
| 11/07/2017 | CHECK NUMBER 0055 | | 500.00 | |
| 11/07/2017 | CHECK NUMBER 1053 | | 1,144.13 | |
| 11/07/2017 | CHECK NUMBER 9337 | | 50.00 | 28,842.21 |
| 11/08/2017 | In Branch Transfer/Withdrawal | | 10,500.00 | 18,342.21 |
| | ENDING BALANCE | | | $18,342.21 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | 10/16/17 | 500.00 | 55 | 11/07/17 | 500.00 | 1012* | 10/26/17 | 294.74 |

**PAGE 2 OF 4**

M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2455 | OCT.07-NOV.08,2017 |

ERIK B CHERDAK
DEBTOR IN POSSESSION

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1013 | 10/24/17 | 242.03 | 1023* | 10/25/17 | 83.32 | 9331* | 10/23/17 | 100.00 |
| 1014 | 10/23/17 | 179.18 | 1024 | 10/25/17 | 169.00 | 9332 | 10/24/17 | 53.11 |
| 1015 | 10/25/17 | 100.00 | 1027* | 11/03/17 | 1,500.00 | 9336* | 10/26/17 | 6.00 |
| 1016 | 10/26/17 | 3.92 | 1028 | 11/06/17 | 440.00 | 9337 | 11/07/17 | 50.00 |
| 1017 | 10/23/17 | 280.39 | 1053* | 11/07/17 | 1,144.13 | 9343* | 10/10/17 | 2,500.00 |
| 1018 | 10/23/17 | 15.00 | 1317* | 10/23/17 | 5,000.00 | 9348* | 10/11/17 | 16.00 |
| 1019 | 10/23/17 | 50.00 | 8327* | 10/24/17 | 398.93 | 9349 | 10/11/17 | 16.00 |
| 1020 | 10/23/17 | 99.00 | 9301* | 11/01/17 | 100.00 | | | |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $115.50 | $500.50 | $0.00 |
| TOTAL OVERDRAFT FEES | $77.00 | $154.00 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | ($77.00) | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $577.50 | $0.00 |

Note: Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

HOMEOWNERSHIP IS IMPORTANT.

M&T HAS THE HELP YOU NEED TO MAKE THE MOVE YOU WANT. IF YOU'RE THINKING ABOUT PURCHASING OR REFINANCING A HOME, CALL US AT 1-888-253-1023 TO REVIEW YOUR OPTIONS. OR VISIT MTB.COM/MORTGAGE FOR MORE INFORMATION.

(C) 2017 M&T BANK. EQUAL HOUSING LENDER. MEMBER FDIC. BANK NMLS# 381076.

M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

00   0 03009M NM  017

000000                                                    N

LAUREN A COTTONE
ERIK B CHERDAK
149 THURGOOD ST
GAITHERSBURG MD 20878

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PLUS CHECKING WITH INTEREST | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ████2851 | SEP.16-OCT.16,2017 |

| | |
|---|---|
| BEGINNING BALANCE | $319.13 |
| DEPOSITS & CREDITS | 7,900.00 |
| LESS CHECKS & DEBITS | 7,419.55 |
| INTEREST | 0.01 |
| LESS SERVICE CHARGES | 14.95 |
| ENDING BALANCE | $784.64 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00
INTEREST PAID YEAR TO DATE                        $0.15                QUINCE ORCHARD OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $319.13 | 11 | $7,900.00 | 0 | $0.00 | 62 | $7,434.50 | $0.01 | $784.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/16/2017 | BEGINNING BALANCE | | | $319.13 |
| 09/18/2017 | WEB XFER FROM CHK ████████2455 | $400.00 | | |
| 09/18/2017 | WEB XFER TO CHK ████████2455 | | $400.00 | |
| 09/18/2017 | SHELL OIL 57542187208 GAITHERSBURG | | 43.60 | |
| 09/18/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 0.99 | |
| 09/18/2017 | MOBY DICK HOUSE OF KABGAITHERSBURG | | 52.96 | 221.58 |
| 09/19/2017 | WEB XFER FROM CHK ████████2455 | 400.00 | | 621.58 |
| 09/20/2017 | WEB XFER FROM CHK ████████2455 | 400.00 | | 1,021.58 |
| 09/21/2017 | FREDERICK S FRITZ DDS 301-3309550 | | 206.00 | |
| 09/21/2017 | J2 EFAX SERVICES   323-817-3205 | | 26.95 | |
| 09/21/2017 | A EAGLE CUTFTR00006593888-2324535 | | 37.07 | |
| 09/21/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | 551.56 |
| 09/25/2017 | WEB XFER FROM CHK ████████2455 | 1,000.00 | | |
| 09/25/2017 | FOUNDING FARMERS MD  POTOMAC | | 31.00 | |
| 09/25/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 9.98 | |
| 09/25/2017 | LOWES #00223*      GAITHERSBURG | | 49.14 | |
| 09/25/2017 | PANERA BREAD #3767  GAITHERSBURG | | 5.61 | |
| 09/25/2017 | YOYOGI SUSHI     GAITHERSBURG | | 15.37 | 1,440.46 |
| 09/27/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 18.96 | 1,421.50 |
| 09/28/2017 | Dropbox*RDJ8RPRNZJ8S db.tt/cchelp | | 9.99 | 1,411.51 |
| 09/29/2017 | WEB XFER FROM CHK ████████2455 | 1,300.00 | | |
| 09/29/2017 | TM *TICKETMASTER TKTS 865-512-6326 | | 57.70 | |
| 09/29/2017 | PEAPOD *GROCERIES  800-5PEAPOD | | 540.12 | 2,113.69 |
| 10/02/2017 | WEB XFER FROM CHK ████████2455 | 800.00 | | |
| 10/02/2017 | AT&T*BILL PAYMENT   WWW.ATT.COM | | 1,084.10 | |
| 10/02/2017 | PIN USPS PO 23352908 6GAITHERSBURG | | 23.75 | |
| 10/02/2017 | FARMERS INS BILLING  877-327-6392 | | 400.00 | |
| 10/02/2017 | CALLEVA INC.      301-216-1248 | | 79.13 | |

PAGE 1 OF 5

M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE |
| --- |
| MYCHOICE PLUS CHECKING WITH INTEREST |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ██████2851 | SEP.16-OCT.16,2017 |

LAUREN A COTTONE
ERIK B CHERDAK

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 10/02/2017 | CALLEVA INC.      301-216-1248 | | 52.75 | |
| 10/02/2017 | CALLEVA INC.      301-216-1248 | | 39.54 | |
| 10/02/2017 | SHELL OIL 57542187208 GAITHERSBURG | | 53.00 | |
| 10/02/2017 | PANERA BREAD #3767  GAITHERSBURG | | 23.17 | |
| 10/02/2017 | WHOLEFDS KTL 10180  GAITHERSBURG | | 14.43 | |
| 10/02/2017 | GIANT 0320      GAITHERSBURG | | 32.46 | 1,111.36 |
| 10/03/2017 | WEB XFER FROM CHK ████████2455 | 1,000.00 | | |
| 10/03/2017 | BARKING MAD CAFE    GAITHERSBURG | | 151.19 | |
| 10/03/2017 | PARTY CITY 0299    GAITHERSBURG | | 34.41 | |
| 10/03/2017 | TM *TICKETMASTER TKTS 865-512-6326 | | 53.00 | |
| 10/03/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 3.99 | |
| 10/03/2017 | THE UPS STORE 4427  GAITHERSBURG | | 85.94 | 1,782.83 |
| 10/04/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | 1,582.83 |
| 10/05/2017 | M&T ATM CASH WITHDRAWAL ON 10/05 QUINCE OR/12110 DRNESTWN RD, GAITHERSBRG, MD | | 500.00 | 1,082.83 |
| 10/06/2017 | BANFIELD-PET*WPPAYMENT360-784-5000 | | 105.90 | 976.93 |
| 10/10/2017 | WEB XFER FROM CHK ████████2455 | 400.00 | | |
| 10/10/2017 | WEB XFER FROM CHK ████████2455 | 200.00 | | |
| 10/10/2017 | WEB XFER FROM CHK ████████2455 | 1,000.00 | | |
| 10/10/2017 | SALON RED      GAITHERSBURG | | 70.14 | |
| 10/10/2017 | WHOLEFDS KTL 10180  GAITHERSBURG | | 48.65 | |
| 10/10/2017 | GREEN DOT BANK    609-7519100 | | 200.00 | |
| 10/10/2017 | ALLEN EDMONDS #39091 CLARKSBURG | | 233.41 | |
| 10/10/2017 | J. CREW FACTORY #1033 BOYDS | | 357.41 | |
| 10/10/2017 | FLAGSHIP CARWASH CENTEROCKVILLE | | 23.95 | |
| 10/10/2017 | WHOLEFDS KTL 10180  GAITHERSBURG | | 157.41 | |
| 10/10/2017 | SUNOCO 0320718000  ROCKVILLE | | 76.36 | 1,409.60 |
| 10/11/2017 | ALLEN EDMONDS #39010 BROOKFIELD | | 226.70 | 1,182.90 |
| 10/12/2017 | SUNOCO 0320718000  ROCKVILLE | | 40.85 | |
| 10/12/2017 | DIRECTV*NOW    800-965-7288 | | 10.00 | |
| 10/12/2017 | COLONIAL PARKING # 146WASHINGTON | | 5.00 | |
| 10/12/2017 | KENTLANDS FLOWERS AND GAITHERSBURG | | 100.70 | |
| 10/12/2017 | GREEN DOT BANK    609-7519100 | | 100.00 | |
| 10/12/2017 | AMERICAN EXPRESS SERVE8009540559 | | 43.30 | |
| 10/12/2017 | PEAPOD *GROCERIES  800-5PEAPOD | | 443.63 | 439.42 |
| 10/16/2017 | WEB XFER FROM CHK ████████2455 | 1,000.00 | | |
| 10/16/2017 | INTEREST PAYMENT | 0.01 | | |
| 10/16/2017 | LOEBS DELI    WASHINGTON | | 43.16 | |
| 10/16/2017 | CVS PHARMACY #01452  GAITHERSBURG | | 25.00 | |

M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

| ACCOUNT TYPE |
|---|
| MYCHOICE PLUS CHECKING WITH INTEREST |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2851 | SEP.16-OCT.16,2017 |

LAUREN A COTTONE
ERIK B CHERDAK

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/16/2017 | CREST CLEANERS - 3   GAITHERSBURG | | 22.40 | |
| 10/16/2017 | THE HOME DEPOT #2550 GAITHERSBURG | | 136.96 | |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | | 14.99 | |
| 10/16/2017 | SALON RED          GAITHERSBURG | | 75.60 | |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | | 200.00 | |
| 10/16/2017 | APL* ITUNES.COM BILL 866-712-7753 | | 2.99 | |
| 10/16/2017 | SUNOCO 0656583200   GAITHERSBURG | | 40.36 | |
| 10/16/2017 | NEAL S BAGELS      GAITHERSBURG | | 78.38 | |
| 10/16/2017 | SERVICE CHARGE | | 14.95 | 784.64 |
| | ENDING BALANCE | | | $784.64 |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $77.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $115.50 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft Fees charged to the account.

## OVERDRAFT AND NSF FEE WAIVERS, REVERSALS AND REFUNDS SUMMARY

| | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|
| OVERDRAFT & NSF FEE WAIVERS, REVERSALS & REFUNDS | $0.00 | $0.00 |
| TOTAL OVERDRAFT & NSF FEES LESS ANY WAIVERS, REVERSALS & REFUNDS | $192.50 | $0.00 |

Note: Fee Waivers, Reversals & Refunds may include waivers, reversals or refunds applied to your account this year for fees assessed in the prior year.

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

View Account Details | M&T Bank

# M&T Bank

Messages (6)   Log Out >

Accounts   Payments and Transfers   Services   Settings and Support        Welcome back, ERIK B

## MyChoice Plus Checking w/ Int. (2851)
(Nickname)

View Account: MyChoice Plus Checking w/ Int. (2851) [ ^ ]   [ Go > ]

**Total Balance ?** $17,515.58

**Available Balance ?** $16,979.11

### My Shortcuts       Edit

Create shortcuts to your most frequently used online services.

⊕ Add Shortcuts

**is important**

M&T Customers share their stories.   Hear More >

Recent Activity   Last 7 Years

View Alerts | Schedule a Transfer | Pay a Bill

### ⊖ PENDING

| Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|
| 11/14/2017 | INSTACART | -$515.47 | | Pending |
| 11/14/2017 | INSTACART | -$20.00 | | Pending |

View Scheduled Transfers ($0.00)   |   View Scheduled Bill Payments ($0.00)

### ⊖ POSTED

Export Transaction History   |   View Cleared Checks

Days [ 30 ] [ 60 ] [ 90 ] (Older)    Date Range (in last 90 days only)    MM/DD/YYYY to 11/14/2017   [ Update ]

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 11/13/2017 | GOOD FORTUNE CAFE GAITHERSBURG | -$75.77 | | $17,515.58 |
| 11/13/2017 | NOODLES & CO 404 GAITHERSBURG | -$6.63 | | $17,591.35 |
| 11/13/2017 | NOODLES & CO 404 GAITHERSBURG | -$23.85 | | $17,597.98 |
| 11/13/2017 | I DRIVE SMART, INC 240-5140167 | -$672.95 | | $17,621.83 |
| 11/13/2017 | DIRECTV*NOW 800-965-7288 | -$10.00 | | $18,294.78 |
| 11/10/2017 | WEB XFER FROM CHK ...455 | | $17,000.00 | $18,304.78 |
| 11/10/2017 | WEB XFER FROM CHK ...455 | | $100.00 | $1,304.78 |
| 11/09/2017 | MICROSOFT *XBOX 800-642-7676 | -$59.99 | | $1,204.78 |
| 11/09/2017 | NOODLES & CO 404 GAITHERSBURG | -$30.27 | | $1,264.77 |
| 11/09/2017 | CVS PHARMACY #01452 GAITHERSBURG | -$78.65 | | $1,294.98 |
| 11/08/2017 | CHECK 0055 (View) | -$10,000.00 | | $1,373.63 |
| 11/08/2017 | PHR*CHILDRENSPEDIATRICGAITHERSBURG | -$15.00 | | $11,373.63 |
| 11/08/2017 | IN BRANCH TRANSFERDEPOSIT | | $10,500.00 | $11,388.63 |
| 11/07/2017 | PHR*CHILDRENSPEDIATRICGAITHERSBURG | -$30.00 | | $888.63 |

https://onlinebanking.mtb.com/Accounts/AccountDetails/true

https://onlinebanking.mtb.com/Accounts/AccountDetails/true

| Date | Description | Credit | Debit | Balance |
|------|-------------|--------|-------|---------|
| 10/19/2017 | AT&T BILL PAYMENT WWW.ATT.COM | | -$172.74 | $9,092.94 |
| 10/19/2017 | AMERICAN EXPRESS SERVE8009540559 | | -$200.00 | $8,892.94 |
| 10/20/2017 | 7, LOWES #00222* GAITHERSBURG | $4.97 | | $8,697.91 |
| 10/20/2017 | LOWES #00222* GAITHERSBURG | | -$131.64 | $8,766.27 |
| 10/20/2017 | J2 EFAX SERVICES 323-817-3205 | | -$16.95 | $8,749.32 |
| 10/23/2017 | FARMERS INS BILLING 877-327-6392 | | -$397.86 | $8,351.46 |
| 10/23/2017 | ATM WDL 10/21 5A0019 7 | | -$300.00 | $8,051.46 |
| 10/23/2017 | PANERA BREAD #3767 GAITHERSBURG | | -$42.46 | $8,008.98 |
| 10/23/2017 | ROBINHOOD (CRFN) ACH | | -$400.00 | $7,608.98 |
| 10/24/2017 | WEB XFER TO CHK ⬛2455 | | -$1,000.00 | $6,608.98 |
| 10/24/2017 | WEB XFER TO CHK ⬛2455 | | -$3,000.00 | $3,608.98 |
| 10/25/2017 | INSTACART HTTPSINSTACAR | | -$122.32 | $3,486.66 |
| 10/25/2017 | INSTACART HTTPSINSTACAR | | -$13.33 | $3,473.33 |
| 10/26/2017 | AM CANCER SOC CV 800-430-7161 | | -$35.00 | $3,438.33 |
| 10/27/2017 | PEAPOD *GROCERIES 800-5PEAPOD | | -$429.20 | $3,009.13 |
| 10/30/2017 | AT&T BILL PAYMENT WWW.ATT.COM | | -$510.66 | $2,498.47 |
| 10/30/2017 | DROPBOX 7RX63*VNOZCO DROPBOX.COM | | -$9.99 | $2,488.48 |
| 10/30/2017 | AMERICAN EXPRESS SERVE8009540559 | | -$200.00 | $2,288.48 |
| 10/30/2017 | OLD SHANGHAI CAFE GERMANTOWN | | -$44.73 | $2,243.75 |
| 10/30/2017 | EXPERIAN *CREDITREP800-220262S | | -$1.00 | $2,242.75 |
| 10/30/2017 | EXPERIAN *CREDITREP800-220262S | | -$4.99 | $2,237.76 |
| 11/01/2017 | COST PLUS WLD #302 WASHINGTON | | -$39.43 | $2,198.33 |
| 11/01/2017 | UBREAKIFIX - BETHESDA BROADLANDS | | -$158.99 | $2,039.34 |
| 11/01/2017 | UBREAKIFIX - BETHESDA BROADLANDS | | -$158.99 | $1,880.35 |
| 11/01/2017 | GIANT 0320 GAITHERSBURG | | -$125.20 | $1,755.15 |
| 11/02/2017 | MICHAELS STORES 6809 GAITHERSBURG | | -$36.84 | $1,718.31 |
| 11/02/2017 | PARTY CITY 0290 GAITHERSBURG | | -$87.15 | $1,631.16 |
| 11/02/2017 | LEWIS JERRYS HAULING DUNDALK | | -$250.00 | $1,381.16 |
| 11/03/2017 | COLLEGEBOARD*SAT ONLN.212-713-7789 | | -$46.00 | $1,335.16 |
| 11/03/2017 | ACT PROGRAMS 800-498-6065 | | -$84.00 | $1,288.16 |
| 11/03/2017 | IN PERFECTLY PRESSED2.240-6447711 | | -$84.95 | $1,204.21 |
| 11/03/2017 | PHRCHILDRENSPEDIATRICGAITHERSBURG | | -$30.00 | $1,174.21 |
| 11/03/2017 | AT&T K006 9968 ESTOR WWW.ATT.COM | | -$60.00 | $1,144.21 |
| 11/03/2017 | AT&T K006 9968 ESTOR WWW.ATT.COM | | -$60.00 | $1,084.21 |
| 11/06/2017 | NOODLES & CO 404 GAITHERSBURG | | -$29.68 | $1,024.53 |
| 11/06/2017 | BANFIELD-PET.WPPAYMENT360-784-5000 | | -$105.90 | $918.63 |

View Account Details | M&T Bank

11/14/17, 9:42 AM

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/19/2017 | HOMESERVE USA 888-666-8075 | –$11.97 | | $9,565.68 |
| 10/19/2017 | WEB XFER TO CHK███████2455 | –$1,000.00 | | $9,577.65 |
| 10/18/2017 | APL* ITUNES.COM BILL 866-712-7753 | –$0.99 | | $10,577.85 |
| 10/18/2017 | FREDERICK S FRITZ DDS ROCKVILLE | –$206.00 | | $10,578.64 |
| 10/17/2017 | ♪ WEB XFER FROM CHK███████2455 | | $10,000.00 | $10,784.64 |
| 10/16/2017 | SERVICE CHARGE | –$14.95 | | $784.64 |
| 10/16/2017 | INTEREST PAYMENT | | $0.01 | $799.59 |
| 10/16/2017 | NEAL'S BAGELS GAITHERSBURG | –$78.38 | | $799.58 |
| 10/16/2017 | SUNOCO 0656583200 GAITHERSBURG | –$40.36 | | $877.96 |
| 10/16/2017 | APL* ITUNES.COM BILL 866-712-7753 | –$2.99 | | $918.32 |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | –$200.00 | | $921.31 |
| 10/16/2017 | SALON RED GAITHERSBURG | –$75.60 | | $1,121.31 |
| 10/16/2017 | AMERICAN EXPRESS SERVE8009540559 | –$14.99 | | $1,196.91 |
| 10/16/2017 | THE HOME DEPOT #2550 GAITHERSBURG | –$136.95 | | $1,211.90 |
| 10/16/2017 | CREST CLEANERS - 3 GAITHERSBURG | –$22.40 | | $1,348.86 |
| 10/16/2017 | CVS PHARMACY #01452 GAITHERSBURG | –$25.00 | | $1,371.26 |
| 10/16/2017 | LOEBS DELI WASHINGTON | –$43.16 | | $1,396.26 |
| 10/16/2017 | ♪ WEB XFER FROM CHK███████2455 | | $1,000.00 | $1,439.42 |

Last login at 8:11 am ET on Tuesday, November 14, 2017

Privacy    Security Assurance  |  Digital Services Agreement  :  ESign Agreement  |  Accessibility  :  Site Map  ,  mtb.com

**MEMBER FDIC**    Equal Housing Lender NMLS#381076    **Entrust**

©2017 M&T Bank. All Rights Reserved.