**DEBTOR:** _____     **CASE NUMBER:** _____

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**     ☐ Check if this is an
**INDIVIDUAL DEBTORS**                                    amended report.

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

**For Period from:** _____ **to** _____

___

***THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH***
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

___

### REQUIRED REPORTS / DOCUMENTS

1  Cash Flow Statement (Page 2)

2  Cash Reconciliation(s) and Narrative (Page 3)

3  Cash Receipts Detail (Page 4)

4  Cash Disbursements Detail (Page 5)

5  Receipts and Disbursements Recap Case to Date (Page 6)

6  **Bank Statements for All Bank Accounts <u>open during any day during the period</u>**
   (remember to redact all but the last four digits of bank account number)

___

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | _____ | _____ |
| 1a.   If no, explain.  _____ | | |
| 2. Are all insurance policies current and in effect? | _____ | _____ |
| 2a.  If no, explain.**  _____ | | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | _____ | _____ |
| 3a.   If no, explain.**  _____ | | |
| 4. Did you pay all your bills on time this month? | | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | _____ | _____ |
| 5a.   If yes, why?**  _____ | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | _____ | _____ |
| 7. Do you have any bank accounts open other than the DIP account? | _____ | _____ |
| 7a.   If yes, when will they be closed?  _____ | | |

**\*\*If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.**

___

***I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

**Executed on:** _____

**Signature (Debtor):** _____
**Print name:** _____

**Signature (Co-Debtor, if one):** _____
**Print name:** _____

**DEBTOR:** _____  **CASE NUMBER:** _____

**For Period from:** _____ to _____

**CASH FLOW SUMMARY (SEE NOTE A)**
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | |
|---|---|---|
| 1. **Beginning Cash Balance** | $ _____ | **(1) A** |
| 2. **Cash Receipts** | | |
| Wages | $ _____ | |
| Sole Proprietorship Revenues | _____ | |
| Draws from owned entities other than Sole Prop | _____ | |
| Rental Income | _____ | |
| Other | _____ | |
| Other _____ | _____ | |
| Total Cash Receipts for the month | $ _____ | **B** |
| 3. **Cash Disbursements** | | |
| Primary residence: Rent or home mortgage payment $ | _____ | |
| Utilities and Communication related Expenses | _____ | |
| Home maintenance (repairs/upkeep/association dues) | _____ | |
| Food / Groceries / Housekeeping supplies | _____ | |
| Restaurants/Entertainment/Recreation | _____ | |
| Clothing / Laundry / Personal Care | _____ | |
| Charitable and Religious Contributions | _____ | |
| Insurance payments | _____ | |
| Installment payments (including car payments) | _____ | |
| Alimony, maintenance, support of others | _____ | |
| Legal / Professional Fees / U.S. Trustee Fees | _____ | |
| Sole Proprietorship Expenses | _____ | |
| Rental Property related: mortgages / expenses / repairs | _____ | |
| Other _____ | _____ | |
| Other _____ | _____ | |
| Other _____ | _____ | |
| Other _____ | _____ | |
| Miscellaneous | _____ | |
| Total Cash Disbursements for the month | $ _____ | **C** |
| 4. **Net Cash Flow for Month** | | |
| **(Total Cash Receipts less Total Cash Disbursements)** **(B - C)** | _____ | **D** |
| 5. **Ending Cash Balance** **(A + D)** $ | _____ | **E** |

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---|
| Total Disbursements for the Month (from above) | |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | |

*(A)* The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
*(1)* Current month beginning cash balance should equal the previous month's ending balance.

PAGE 2

Rev. 2016-11

**DEBTOR:** _____     **Case Number:** _____

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | | | | |
| Last four digits of account | | | | |
| Purpose of Acct (Personal or Business) | | | | |
| Type of account (Checking or Savings) | | | | |
| **Balance per Bank Statement at End of the Period** | | | | |
| **TOTAL OF ALL ACCOUNTS AT END OF PERIOD** | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.**

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Do you have any past due post petition bills?   **No** [    ]   **Yes** [    ]

If yes, how much do you owe? *(please attach support)*   $ [    ]

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?   **No** [    ]   **Yes** [    ]

If yes, how much is owed to you? *(please attach support)*   $ [    ]

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| |
| |
| |
| |
| |
| |

**DEBTOR:** _____    **CASE #:** _____

## CASH RECEIPTS DETAIL

> *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: _____ **to** _____
(attach additional sheets as necessary)

Bank Name    _____    Last four digits of account number    _____

**A.** *For each* <u>*counter deposit*</u> *made during the period, record the following information:*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**B.** *For* <u>*direct deposits*</u> *to your account which identify the source of the deposit, just record the grand total of all of these deposits.*    _____

**C.** *Deduct* <u>*transfers*</u> *between accounts made to this account included in Section A or B above.*    _____

**Total Cash Receipts**    $ _____
This total should agree with Page 2

**DEBTOR:** _____    **CASE #:** _____

## CASH DISBURSEMENTS DETAIL

> *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: _____ to _____
(attach additional sheets as necessary)

Bank Name _____    Last four digits of account number _____

**A.**  *For all <u>checks written</u>, record the detail of each showing the following information:*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |

**B.**  *For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals*    _____

**C.**  *Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.*    _____

**Total Cash Disbursements**   $ _____
This total should agree with Page 2

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** _____    **Case #:** _____

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

**Year:** _____

| | Receipts | Disb | Net | | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|---|---|---|---|
| Jan | | | | | | | |
| Feb | | | | | | | |
| Mar | | | | | | | |
| Apr | | | | | | | |
| May | | | | | | | |
| Jun | | | | | | | |
| Jul | | | | | | | |
| Aug | | | | | | | |
| Sep | | | | | | | |
| Oct | | | | | | | |
| Nov | | | | | | | |
| Dec | | | | | | | |
| TOTAL | | | | | | | |

## Exhibit A - Bank Balances

|  | Acct 1 | Acct 2 |
|---|---|---|
| **Name of Bank** | M&T | M&T |
| **Last Four digits of Account** | 2851 | 2455 |
| **Holders** | Erik Cherdak and Lauren Cottone | Erik Cherdak |
| **Type of Account** | Checking | Checking |
| **Balance at end of period** | 1,321.92 | 3,685.47 |
| **Total:** |  | 5,007.39 |

**Exhibit B**

Unusual Items

- DIP account has no debit card, joint account used
- Debtor is trying to open a new DIP account with direct debit card privileges at a different bank. The current bank has made too many errors and he is therefore switching to a different banking institution. The banking errors were due to 10 day holds placed by M&T in DIP account. Security alerts caused by incorrect transactions triggered bank holds and security transactions. Third party inquires on bank caused security alerts and controls. Bank transactions triggered by security controls and imposed by bank. Will be reflected and corrected in December MOR.
- The paycheck amount listed for November is incorrect and will be corrected on the December MOR.
- The Reimbursement listed in the income section is a partial reimbursement from a real estate transaction. The final amount is expected to be received in December 2017.
- Medical co-payments from surgeries in 2017 are almost completed.

## Exhibit C - Cash Receipts

| Date | Amount | Method | Notes/ Payee | Account |
|---|---|---|---|---|
| 11/6/2017 | $33,000.00 | Deposit | Paycheck | M&T 2455 |
| 11/27/2017 | $4,183.00 | Deposit | Reimbursement from Realestate Company | M&T 2455 |
| 11/16/2017 | $0.06 | Deposit | Interest Payment | M&T 2851 |
| **Total** | **$37,183.06** | | | |

## Exhibit D - Cash Disbursements

| Date | Amount | Method | Classification | Notes/ Payee | Account |
|------|--------|--------|----------------|--------------|---------|
| 11/1/2017 | $39.43 | debit | Home Maintenance | Cost Plus Wld | 2851 |
| 11/1/2017 | $158.99 | debit | Home Maintenance | UBREAKIFIX | 2851 |
| 11/1/2017 | 158.99 | debit | Home Maintenance | UBREAKIFIX | 2851 |
| 11/1/2017 | $125.20 | debit | Groceries | Giant | 2851 |
| 11/1/2017 | $36.84 | debit | Housekeeping Supplies | Michaels | 2851 |
| 11/2/2017 | $87.15 | debit | Housekeeping Supplies | Party City | 2851 |
| 11/2/2017 | $250.00 | debit | Miscellaneous | Lewis Jerry's Hauling Dundalk | 2851 |
| 11/2/2017 | $46.00 | debit | Miscellaneous | CollegeBoard SAT | 2851 |
| 11/3/2017 | $46.00 | debit | Miscellaneous | ACT Programs | 2851 |
| 11/3/2017 | $84.95 | debit | Laundry | Perfectly Pressed | 2851 |
| 11/3/2017 | $30.00 | debit | Medical | Childrens Pediatric | 2851 |
| 11/3/2017 | $60.00 | debit | Communication | AT&T | 2851 |
| 11/3/2017 | $60.00 | debit | Communication | AT&T | 2851 |
| 11/6/2017 | $29.68 | debit | Restaurant / Entertainment | Noodles & Co | 2851 |
| 11/6/2017 | $105.90 | debit | Miscellaneous | Banfield - Pet | 2851 |
| 11/7/2017 | $30.00 | debit | Medical | Childrens Pediatric | 2851 |
| 11/8/2017 | $15.00 | debit | Medical | Childrens Pediatric | 2851 |
| 11/8/2017 | $10,000.00 | Check #0055 | Miscellaneous | Bank Error | 2851 |
| 11/9/2017 | $78.65 | debit | Medical | CVS Pharmacy | 2851 |
| 11/9/2017 | $30.21 | debit | Restaurant / Entertainment | Noodles & Co | 2851 |
| 11/9/2017 | $59.99 | debit | Communication | Microsoft Xbox | 2851 |
| 11/13/2017 | $10.00 | debit | Communication | Direct TV | 2851 |
| 11/13/2017 | $672.95 | debit | Miscellaneous | I Drive Smart, Inc | 2851 |
| 11/13/2017 | $23.85 | debit | Restaurant / Entertainment | Noodles & Co | 2851 |
| 11/13/2017 | $6.63 | debit | Restaurant / Entertainment | Noodles & Co | 2851 |
| 11/13/2017 | $75.77 | debit | Restaurant / Entertainment | Good Fortune Café | 2851 |
| 11/14/2017 | $20.00 | debit | Groceries | Instacart | 2851 |
| 11/14/2017 | $516.47 | debit | Groceries | Instacart | 2851 |
| 11/16/2017 | $0.99 | debit | Communication | Apple Itunes | 2851 |
| 11/16/2017 | $170.97 | debit | Home Maintenance | Lowes | 2851 |
| 11/16/2017 | $200.00 | debit | Miscellaneous | American Express | 2851 |

| Date | Amount | Type | Category | Payee | Acct |
|------|--------|------|----------|-------|------|
| 11/17/2017 | $206.00 | debit | Medical | Frederick S Fritz DDS | 2851 |
| 11/17/2017 | $66.17 | debit | Transportation | Sunoco | 2851 |
| 11/17/2017 | $500.00 | ATM Withdrawal | Miscellaneous | Living Expenses | 2851 |
| 11/20/2017 | $28.70 | debit | Restaurant / Entertainment | California Tortilla | 2851 |
| 11/20/2017 | $2.99 | debit | Communication | Apple Itunes | 2851 |
| 11/20/2017 | $0.99 | debit | Communication | Apple Itunes | 2851 |
| 11/20/2017 | $13.82 | debit | Transportation | Uber | 2851 |
| 11/20/2017 | $49.50 | debit | Transportation | Sunoco | 2851 |
| 11/20/2017 | $11.30 | debit | Transportation | Uber | 2851 |
| 11/20/2017 | $35.98 | debit | Housekeeping Supplies | Bed Bath & Beyond | 2851 |
| 11/20/2017 | $22.80 | debit | Transportation | Uber | 2851 |
| 11/20/2017 | $20.84 | debit | Transportation | Uber | 2851 |
| 11/20/2017 | $36.65 | debit | Restaurant / Entertainment | California Tortilla | 2851 |
| 11/20/2017 | $16.95 | debit | Communication | J2 Efax Services | 2851 |
| 11/21/2017 | $11.49 | debit | Transportation | Uber | 2851 |
| 11/22/2017 | $124.84 | debit | Restaurant / Entertainment | Firebirds of Gaithersburg | 2851 |
| 11/24/2017 | $420.00 | debit | Miscellaneous | Greet Dot Bank - business expenses | 2851 |
| 11/24/2017 | $506.48 | debit | Groceries | Giant | 2851 |
| 11/24/2017 | $18.08 | debit | Transportation | Uber | 2851 |
| 11/27/2017 | $159.00 | debit | Personal Care | Tiffany & Co. | 2851 |
| 11/27/2017 | $159.00 | debit | Personal Care | Tiffany & Co. | 2851 |
| 11/27/2017 | $28.82 | debit | Transportation | Uber | 2851 |
| 11/27/2017 | $1,000.00 | debit | Home Maintenance | Handyman Services | 2851 |
| 11/27/2017 | $40,000.00 | debit | Miscellaneous | Check #0055 - Bank Error | 2851 |
| 11/28/2017 | $90.00 | debit | Utilities | Washington Gas | 2851 |
| 11/28/2017 | $137.43 | debit | Utilities | WSSC Water Sewer | 2851 |
| 11/28/2017 | $9.99 | debit | Miscellaneous | Dropbox | 2851 |
| 11/28/2017 | $337.43 | debit | Utilities | WSSC Water Sewer | 2851 |
| 11/30/2017 | $41.04 | debit | Restaurant / Entertainment | California Tortilla | 2851 |
| 11/30/2017 | $47.00 | debit | Personal Care | StowAway Cosmetics | 2851 |
| 11/30/2017 | $24.99 | debit | Miscellaneous | Experican Credit Report | 2851 |
| 11/30/2017 | $455.40 | debit | Home Maintenance | Lowes | 2851 |
| 11/30/2017 | $156.64 | debit | Personal Care | Salon Red Gaithersburg | 2851 |
| 11/30/2017 | $44.97 | debit | Restaurant / Entertainment | McDonald's Gaithersburg | 2851 |

| Date | Amount | | Category | Description | Account |
|------|--------|---|----------|-------------|---------|
| 11/1/2017 | $100.00 | debit | Medical | Check #9301 | 2455 |
| 11/3/2017 | $1,500.00 | debit | Legal | Check #1027 | 2455 |
| 11/6/2017 | $500.00 | debit | Housekeeping Supplies | Capital One Online Payment | 2455 |
| 11/6/2017 | $440.00 | debit | Medical | Check #1028 | 2455 |
| 11/7/2017 | $500.00 | debit | Medical | Check #0055 | 2455 |
| 11/7/2017 | $1,144.13 | debit | Medical | Check #1053 | 2455 |
| 11/7/2017 | $50.00 | debit | Medical | Check #9337 | 2455 |
| 11/9/2017 | $221.92 | debit | Communication | Verizon | 2455 |
| 11/13/2017 | $12.00 | debit | Miscellaneous | school charge function | 2455 |
| 11/17/2017 | $133.02 | debit | Taxes | Comp of Maryland | 2455 |
| 11/20/2017 | $3,910.00 | debit | Mortgage Payment | Check #1029 | 2455 |
| 11/22/2017 | $38.50 | debit | Miscellaneous | Insufficient Funds Fee | 2455 |
| 11/22/2017 | $38.50 | debit | Miscellaneous | Insufficient Funds Fee | 2455 |
| 11/24/2017 | $9.90 | debit | Utilities | BGE | 2455 |
| 11/28/2017 | $30.00 | debit | Medical | | 2455 |
| 11/28/2017 | $100.00 | debit | Medical | | 2455 |
| 11/28/2017 | $100.00 | debit | Medical | | 2455 |
| 11/28/2017 | $150.00 | debit | Medical | | 2455 |
| 11/29/2017 | $7.92 | debit | Utilities | Washington Gas | 2455 |
| 11/29/2017 | $100.00 | debit | Medical | | 2455 |
| 11/29/2017 | $288.92 | debit | Utilities | Potomac Electric | 2455 |
| 11/29/2017 | $99.06 | debit | Medical | Check #1119 | 2455 |
| 11/17/2017 | -$30,475.50 | credit | Miscellaneous | Bank error | 2455 |
| | $37,014.27 | | | | |



View Account Details / M&T Bank                                                        12/12/17, 7:58 PM

**M&T** Bank                                                    Messages (6)   Log Out ›

Accounts   Payments and Transfers   Services   Settings and Support            Welcome back, ERIK B

EZChoice Checking (2455)
(Nickname)                                         Still writing          My Shortcuts
View Account   EZChoice Checking (2455)    ▾   Go ›    checks?                              Edit
                                                   Use the bill Pay feature
                                                   in M&T's Online      Create shortcuts to your
Total Balance ?        Available Balance ?         and Mobile Banking   most frequently used
$705.21                $705.21                                          online services.
                                                   Get Started ›
                                                                        ⊕ Add Shortcuts

Recent Activity   Last 7 Years                          View Alerts   Schedule a Transfer   Pay a Bill

   PENDING
   You currently have no pending transactions.    View Scheduled Transfers ($0.00)   View Scheduled Bill Payments ($0.00)

▼ POSTED
ⓘ                                               Export Transaction History   View Cleared Checks

Days  30   60   90   (Older)        Date Range   11/01/2017  📅 To  11/29/2017  📅  Update
                                    (in last 90 days only)

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 11/29/2017 | CHECK 1119 (View) [ ] | -$99.00 | | $3,685.47 |
| 11/29/2017 | POTOMAC ELECTRIC CHECKPAYMT 000000000001115 | -$289.92 | | $3,784.53 |
| 11/29/2017 | CHECK 1114 (View)[ ] | -$150.00 | | $4,073.45 |
| 11/29/2017 | WASHGAS CHECKPAYMT 000000000001113 | -$7.92 | | $4,173.45 |
| 11/28/2017 | CHECK 1122 (View) [ ] | -$150.00 | | $4,181.37 |
| 11/28/2017 | CHECK 1121 (View) [ ] | -$100.00 | | $4,331.37 |
| 11/28/2017 | CHECK 1111 (View)[ ] | -$100.00 | | $4,431.37 |
| 11/28/2017 | CHECK 1031 (View)[ ] | -$30.00 | | $4,531.37 |
| 11/28/2017 | WEB XFER TO CHK ███████2851 | -$1,000.00 | | $4,561.37 |
| 11/27/2017 | ▸ DEPOSIT (View) [ ] | | $4,183.00 | $5,561.37 |
| 11/24/2017 | WEB PMT BGE HOME BILL PAYMENT CE | -$9.90 | | $1,378.37 |
| 11/22/2017 | INSUFFICIENT FUNDS FEE-CHECK 9350 (View Notice) | -$38.50 | | $1,388.27 |
| 11/22/2017 | INSUFFICIENT FUNDS FEE-CHECK 9344 (View Notice) | -$38.50 | | $1,426.77 |
| 11/21/2017 | ▸ RETURN - CHECK 9350 | | $17,020.00 | $1,465.27 |
| 11/21/2017 | CHECK 9350 | -$17,020.00 | | $1,465.27 |
| 11/21/2017 | ▸ RETURN - CHECK 9344 | | $10,000.00 | $1,465.27 |
| 11/21/2017 | CHECK 9344 | -$10,000.00 | | $1,465.27 |

*Handwritten annotations:* "Medical" (next to CHECK 1114); "Medical Expenses" (bracketing CHECK 1122, 1121, 1111, 1031); "Living Expenses" (next to WEB XFER); "Banking Error w/ld Extended Hold" and "Banking Error with Extended Hold And Corrected Paycheck"

https://onlinebanking.mtb.com/Accounts/AccountDetails                                    Page 1 of 2

View Account Details | M&T Bank                                          12/12/17, 7:58 PM

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 11/21/2017 | WEB XFER TO CHK ⬛⬛⬛2851 | | -$28,000.00 | $1,465.27 |
| 11/21/2017 | ▸ WEB XFER FROM CHK ⬛⬛⬛2851 | | $27,000.00 | $29,465.27 |
| 11/20/2017 | CHECK 1029 (View) ⬛⬛ | | -$3,010.00 | $2,465.27 |
| 11/20/2017 | WEB XFER TO CHK ⬛⬛⬛2851 | | -$27,500.00 | $6,375.27 |
| 11/17/2017 | COMP OF MARYLAND DIR DB RAD | | -$133.02 | $33,875.27 |
| 11/17/2017 | ▸ DEPOSIT (View) ⬛⬛ | | $33,000.00 | $34,008.29 |
| 11/13/2017 | CHECK 1022 (View) ⬛⬛ | | $12.56 | $1,008.29 |
| 11/10/2017 | WEB XFER TO CHK ⬛⬛⬛2851 | | -$17,000.00 | $1,020.29 |
| 11/10/2017 | WEB XFER TO CHK ⬛⬛⬛2851 | | -$100.00 | $18,020.29 |
| 11/09/2017 | VERIZON PAYMENTONE | | -$221.92 | $18,120.29 |
| 11/08/2017 | ▸ SERVICE CHARGE WAIVE CODE | | $6.95 | $18,342.21 |
| 11/08/2017 | SERVICE CHARGE | | -$6.95 | $18,335.26 |
| 11/08/2017 | IN BRANCH TRANSFER/WITHDRAWAL | | -$10,500.00 | $18,342.21 |
| 11/07/2017 | CHECK 9337 (View) ⬛⬛ | | -$50.00 | $28,642.21 |
| 11/07/2017 | CHECK 1053 (View) ⬛⬛ | | -$1,144.13 | $28,692.21 |
| 11/07/2017 | CHECK 0055 (View) ⬛⬛ | | -$500.00 | $30,036.34 |
| 11/06/2017 | CHECK 1028 (View) ⬛⬛ | | -$440.00 | $30,536.34 |
| 11/06/2017 | CAPITAL ONE ONLINE PMT | | -$500.00 | $30,976.34 |
| 11/06/2017 | ▸ DEPOSIT (View) ⬛⬛ | | $30,475.50 | $31,476.34 |
| 11/03/2017 | CHECK 1027 (View) ⬛⬛ | | -$1,500.00 | $1,000.84 |
| 11/01/2017 | CHECK 9301 (View) ⬛⬛ | | -$100.00 | $2,500.84 |

*Handwritten annotations:*
- Bank Error
- M&T Extended Hold.
- Reversal
- Garry Greenblatt clearance.
- Incorrect Deposit Amt — Corrected Paycheck Replacement
- School Charge Function
- Bank Reversal
- Medical
- Medical
- Medical
- Medical
- Corrected Deposit #1
- Aunt Nesse
- Medical

Last login at 8:38 am ET on Tuesday, December 12, 2017

Privacy    Security Assurance    Digital Services Agreement    ESign Agreement    Accessibility    Site Map    mtb.com

MEMBER FDIC    Equal Housing Lender    Entrust

©2017 M&T Bank. All Rights Reserved.

View Account Details | M&T Bank
12/12/17, 7:56 PM



View Account Details | M&T Bank

12/12/17, 7:56 PM

| Date | Description | | | |
|---|---|---|---|---|
| 11/28/2017 | ▸ WEB XFER FROM CHK ████2455 | | $1,000.00 | $2,666.81 |
| 11/27/2017 | CHECK 6055 (View) 🔳 | -$40,000.00 | | $1,666.81 |
| 11/27/2017 | SO *HANDYMAN SERVIC 877-417-4551 | -$1,000.00 | | $41,666.81 |
| 11/27/2017 | UBER TRIP PG3YF HELP.UBER.COM | -$28.82 | | $42,666.81 |
| 11/27/2017 | TIFFANY & CO #199 800-827-1396 | -$159.00 | | $42,695.63 |
| 11/27/2017 | TIFFANY & CO #199 800-827-1396 | -$159.00 | | $42,854.63 |
| 11/24/2017 | UBER *TRIP OX3PF 800-592-8996 | -$18.08 | | $43,013.63 |
| 11/24/2017 | GIANT 0320 GAITHERSBURG | -$506.48 | | $43,031.71 |
| 11/24/2017 | GREEN DOT BANK 609-7519100 | -$420.00 | | $43,538.19 |
| 11/22/2017 | FIREBIRDS OF GAITHERSBGGAITHERSBURG | -$124.84 | | $43,958.19 |
| 11/21/2017 | UBER TRIP QZ6LH HELP.UBER.COM | -$11.49 | | $44,083.03 |
| 11/21/2017 | ▸ WEB XFER FROM CHK ████2455 | | $28,000.00 | $44,094.52 |
| 11/21/2017 | WEB XFER TO CHK ████2455 | -$27,000.00 | | $16,094.52 |
| 11/20/2017 | J2 EFAX SERVICES 323-817-3205 | -$16.95 | | $43,094.52 |
| 11/20/2017 | CALIFORNIA TORTILLA GAITHERSBURG | -$38.65 | | $43,111.47 |
| 11/20/2017 | UBER TRIP D2PV2 HELP.UBER.COM | -$20.64 | | $43,148.12 |
| 11/20/2017 | UBER TRIP VY7PV HELP.UBER.COM | -$22.80 | | $43,168.96 |
| 11/20/2017 | BED BATH & BEYOND #851615-111-1111 | -$35.98 | | $43,191.76 |
| 11/20/2017 | UBER TRIP A4LXF HELP.UBER.COM | -$11.30 | | $43,227.74 |
| 11/20/2017 | SUNOCO 0658583200 GAITHERSBURG | -$49.50 | | $43,239.04 |
| 11/20/2017 | UBER *TRIP VR7O7 800-592-8996 | -$13.82 | | $43,288.54 |
| 11/20/2017 | APL* ITUNES COM BILL 866-712-7753 | -$0.99 | | $43,302.36 |
| 11/20/2017 | APL* ITUNES COM BILL 866-712-7753 | -$2.99 | | $43,303.35 |
| 11/20/2017 | CALIFORNIA TORTILLA GAITHERSBURG | -$28.76 | | $43,306.34 |
| 11/20/2017 | ▸ WEB XFER FROM CHK ████2455 | | $27,500.00 | $43,335.04 |
| 11/17/2017 | ATM WDL 11/17 SA1870 7 | -$500.00 | | $15,835.04 |
| 11/17/2017 | SUNOCO 0658583200 GAITHERSBURG | -$68.17 | | $16,335.04 |
| 11/17/2017 | FREDERICK S FRITZ DDS 301-3309550 | -$206.00 | | $16,401.21 |
| 11/16/2017 | INTEREST PAYMENT | | $0.08 | $16,607.21 |
| 11/16/2017 | AMERICAN EXPRESS SERVE6009540559 | -$700.00 | | $16,607.21 |
| 11/16/2017 | LOWES #00223* 301-208-0400 | -$170.07 | | $16,607.15 |
| 11/16/2017 | APL* ITUNES COM BILL 866-712-7753 | -$0.99 | | $16,978.12 |
| 11/14/2017 | INSTACART HTTPSINSTACAR | -$20.00 | | $16,979.11 |
| 11/14/2017 | INSTACART HTTPSINSTACAR | -$518.47 | | $16,999.11 |
| 11/13/2017 | GOOD FORTUNE CAFE GAITHERSBURG | -$75.77 | | $17,515.58 |
| 11/13/2017 | NOODLES & CO 404 GAITHERSBURG | -$6.63 | | $17,591.35 |

*(handwritten annotations)*

> Bank Error on Reversal Due to hold Dec. will have Corrected Amount of New Paycheck

> — Funds transfer to hold/sale Car due to Bank Errors.

> — Living Expenses

> — Materials to Fix Property

> Groceries

> Groceries

View Account Details | M&T Bank                                                                         12/12/17, 7:56 PM

| Date | Description | Debit | Credit | Balance | |
|---|---|---|---|---|---|
| 11/13/2017 | NOODLES & CO 404 GAITHERSBURG | –$23.85 | | $17,597.98 | |
| 11/13/2017 | I DRIVE SMART, INC 240-5140167 | –$672.95 | | $17,621.83 | |
| 11/13/2017 | DIRECTV*NOW 800-965-7288 | –$10.00 | | $18,294.78 | |
| 11/10/2017 | ▸ WEB XFER FROM CHK▮▮▮▮2455 | | $17,000.00 | $18,304.78 | Transfer |
| 11/10/2017 | ▸ WEB XFER FROM CHK▮▮▮▮2455 | | $100.00 | $1,304.78 | to correct for Banking Error. |
| 11/09/2017 | MICROSOFT *XBOX 800-642-7676 | –$59.99 | | $1,204.78 | |
| 11/09/2017 | NOODLES & CO 404 GAITHERSBURG | –$30.21 | | $1,264.77 | |
| 11/09/2017 | CVS PHARMACY #01452 GAITHERSBURG | –$78.65 | | $1,294.98 | |
| 11/08/2017 | CHECK 0055 (view) ✉ | –$10,000.00 | | $1,373.63 | – Banking correction to correct for Banking Error |
| 11/08/2017 | PHR*CHILDRENSPEDIATRICGAITHERSBURG | –$15.00 | | $11,373.63 | |
| 11/08/2017 | ▸ IN BRANCH TRANSFER/DEPOSIT | | $10,500.00 | $11,388.63 | |
| 11/07/2017 | PHR*CHILDRENSPEDIATRICGAITHERSBURG | –$30.00 | | $888.63 | |
| 11/06/2017 | BANFIELD-PET*WPPAYMENT360-784-5000 | –$106.90 | | $918.63 | |
| 11/06/2017 | NOODLES & CO 404 GAITHERSBURG | –$29.68 | | $1,024.53 | |
| 11/03/2017 | AT&T K006 9968 ESTOR WWW.ATT.COM | –$60.00 | | $1,054.21 | |
| 11/03/2017 | AT&T K006 9968 ESTOR WWW.ATT.COM | –$60.00 | | $1,114.21 | |
| 11/03/2017 | PHR*CHILDRENSPEDIATRICGAITHERSBURG | –$30.00 | | $1,174.21 | |
| 11/03/2017 | IN *PERFECTLY PRESSED 240-6447711 | –$84.95 | | $1,204.21 | |
| 11/03/2017 | ACT PROGRAMS 800-498-6065 | –$46.00 | | $1,289.16 | School/Test Chgs |
| 11/02/2017 | COLLEGEBOARD*SAT ONLN 212-713-7789 | –$46.00 | | $1,335.16 | |
| 11/02/2017 | LEWIS JERRYS HAULING DUNDALK | –$250.00 | | $1,381.16 | |
| 11/02/2017 | PARTY CITY 0299 GAITHERSBURG | –$87.15 | | $1,631.16 | |
| 11/01/2017 | MICHAELS STORES 8809 GAITHERSBURG | –$36.84 | | $1,718.31 | |
| 11/01/2017 | GIANT 0320 GAITHERSBURG | –$123.20 | | $1,755.15 | |
| 11/01/2017 | UBREAKIFIX - BETHESDA BROADLANDS | –$159.99 | | $1,880.35 | |
| 11/01/2017 | UBREAKIFIX - BETHESDA BROADLANDS | –$158.99 | | $2,039.34 | |
| 11/01/2017 | COST PLUS WLD #302 WASHINGTON | –$39.43 | | $2,198.33 | |



Last login at 8:38 am ET on Tuesday, December 12, 2017

Privacy    Security Assurance    Digital Services Agreement    ESign Agreement    Accessibility    Site Map    mtb.com

MEMBER FDIC    Equal Housing Lender    Entrust
©2017 M&T Bank. All Rights Reserved.