**SO ORDERED**
No response or objection.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| ERIK B. CHERDAK, | * | CASE NO. 16-25927-TJC |
| | * | |
| DEBTOR. | * | CHAPTER 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1) BY CENTRAL ROOFING AND SIDING CO.**

Having read and considered the *Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)* (the "Application") filed by Central Roofing and Siding Co. ("Central Roofing"), the relief requested appearing appropriate under the circumstances, it is hereby:

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 503(b)(1), Central Roofing is granted an allowed administrative expense claim in the amount of $27,275.00 plus interest and attorneys' fees (the "Administrative Claim"); and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to pay to Central Roofing the Administrative Claim due under the Contract (less amounts already paid ($10,000.00)) within five (5) days of the entry of this Order; and it is further; and it is further

**ORDERED,** Central Roofing shall be awarded attorneys' fees incurred in connection with the enforcement of the Contract and the collection of the Administrative Claim, to be determined following submission of an attorneys' fees statement by Central Roofing.

cc:

Jonathan L. Gold, Esq.
Michael Best & Friedrich LLP
601 Pennsylvania Avenue, NW
Suite 700 South
Washington, DC 20004
jlgold@michaelbest.com

Counsel for the Debtor
Aryeh Stein, Esq.
Meridian Law, LLC
600 Reisterstown Road
Suite 700
Baltimore, MD 21208
astein@meridianlawfirm.com

United States Trustee
Lynn A. Kohen, Esq.
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

2

Counsel for Official Committee of Unsecured Creditors
Michael P. Coyle, Esq.
The Coyle Law Group, LLC
6700 Alexander Bell Drive, Suite 200
Columbia, MD 21046

Gary R. Greenblatt, Esq.
Mehlman, Greenblatt & Hare, LLC
723 S. Charles St., Suite LL3
Baltimore, MD 21230
grgreen@mehl-green.com

Counsel for Fitistics, LLC
John D.V. Ferman
Birch Stewart Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22042
jferman@bskb.com

Morgan W. Fisher, Esq.
Law Offices of Morgan Fisher LLC
1125 West St., Suite 227
Annapolis, MD 21401
bk@morganfisherlaw.com

Counsel for Wells Fargo Bank, N.A.
Randa S. Azzam, Esq.
Kimberly B. Lane, Esq.
John E. Driscoll, Esq.
Michael T. Freeman, Esq.
Daniel J. Pesachowitz, Esq.
Douglas S. Rubin, Esq.
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
kbritt@siwpc.com

Counsel for Kentlands Citizens Assembly
Ruth O. Katz, Esq.
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814-5367

Counsel for David Stern and James L. Thompson

Michael G. Campbell, Esq.
Miller, Miller & Canby
200B Monroe Street
Rockville, MD 20850
mgcampbell@mmcanby.com

**End of Order**